**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| | BEFORE: Jon T. Huseby |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No:  17-mj-479 JTH |
| | Date:  May 31, 2017 |
| Brandon Mark Bjerknes, | Courthouse:  St. Paul |
| | Courtroom:  Devitt |
| Defendant, | Time Commenced:  2:07 p.m. |
| | Time Concluded:  2:18 p.m. |
| | Time in Court:  11 minutes |

APPEARANCES:

Plaintiff: Angela Munoz-Kaphing, Assistant U.S. Attorney
Defendant: Peter Wold
  ✖ CJA      ✖ To be appointed

Date Charges Filed: 5/30/2017     Offense: coerce a minor to engage in sexually explicit conduct for the purpose of producing and distribution by means of interstate or foreign commerce

✖ Advised of Rights

on   ✖ Complaint

✖ Government moves for detention.
Motion is ✖ granted, temporary detention ordered.

Next appearance date is June 5, 2017 at 10:00 a.m. before U.S. Magistrate Judge Hildy Bowbeer, CR 6B STP for:
  ✖ Detention hrg      ✖ Preliminary hrg

Additional Information:

  s/Janet Midtbo
Signature of Courtroom Deputy