# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE:  Hildy Bowbeer |
| | U.S. Magistrate Judge |
| v. | |
| Brandon Mark Bjerknes, | Case No: 17-mj-479 JTH |
| Defendant, | Date: June 5, 2017 |
| | Courthouse: St. Paul |
| | Courtroom: 6B |
| | Time Commenced: 10:06 a.m. |
| | Time Concluded: 11:29 a.m. |
| | Time Commenced: 11:37 a.m. |
| | Time Concluded: 12:03 p.m. |
| | Time in Court: 1 hour, 51 minutes |

✖ **PRELIMINARY/DETENTION HRG**
   Time in Court Prelim/Det: 2 minutes/ 109 minutes

## APPEARANCES:

Plaintiff: Angela Munoz-Kaphing and Carol Kayser, Assistant U.S. Attorney
Defendant: Peter Wold
   ✖ CJA

On    ✖ Complaint

✖ Bond RPR set in the amount of $25,000.00 with conditions, see Order Setting Conditions of Release.

✖ Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

Preliminary hearing waived.

Jerrett Walton testified.

Govt exhibits 1 – 7 received.

                                                                                                s/Janet Midtbo
                                                                                        Signature of Courtroom Deputy