UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-234 (WMW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **STIPULATION REGARDING** |
| ) | **RESTITUTION** |
| v. ) | |
| ) | |
| BRANDON MARK BJERKNES, ) | |
| ) | |
| Defendant. ) | |

The United States of America and Brandon Mark Bjerknes (hereinafter referred to as "Defendant"), by and through the parties' respective attorneys, Angela M. Munoz-Kaphing, Assistant United States Attorney, and Peter B. Wold, Attorney for Defendant, have entered into this Stipulation to Set Restitution. The terms of the Stipulation are as follows:

1.  On September 28, 2017, Defendant pled guilty to Coercion and Enticement in violation of Title 18, United States Code, Sections 2422(b) and 2427; and Production of Child Pornography in violation of Title 18, United States Code, Sections 2251(a) and 2251(e). As part of the Defendant's plea, Defendant agreed to pay restitution to all victims of his crimes, whether named in the Information or not.

2.  As of January 29, 2018, two victims presented requests for restitution in this matter. Defendant has reached agreements with the two victims who submitted restitution requests. The agreements are outlined below.

3. Defendant agrees to pay restitution to Minor #1 in the amount of $6,734.93.

4. Defendant agrees to pay restitution to Minor #5 in the amount of $2,055.00.

5. The Government supports these agreements regarding the resolution of restitution requests.

6. Defendant agrees that this Stipulation to Set Restitution applies only to the two restitution requests addressed herein. Defendant understands that other Victims may submit restitution requests and this Stipulation to Set Restitution is inapplicable to any other Victim and is not binding on any other Victim. Defendant understands and agrees that Title 18, Sections 3663A and 3664 apply to and govern Victims' restitution requests in this matter.

7. Defendant agrees that restitution payments shall be made to the Clerk of Court, United States District Court, District of Minnesota, Minneapolis, Minnesota, who shall make payments to the victims. The undersigned Assistant United States Attorney will submit addresses and other contact information for Minor #1 and Minor #5 to the Clerk of Court.

8. Defendant agrees that he will notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415 within thirty days of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution.

12. The parties agree that no delinquent or default penalties will be imposed except upon Order of the Court.

13. The parties respectfully ask that the Court issue a Judgment reflecting the Stipulation Regarding Restitution contained herein.

Dated: 2/2/2018

Angela M. Munoz-Kaphing
Assistant United States Attorney

Dated: Jan 31, 2018

Peter B. Wold
Attorney for Defendant

Dated: 1-31-2018

Brandon Mark Bjerknes
Defendant

3