# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,   v.   BRANDON MARK BJERKNES (1),  Defendant. | **COURT MINUTES - CRIMINAL**  Case No: 17-cr-0234 (WMW)  Date: February 6, 2018  Court Reporter: Lori Simpson  Courthouse: St. Paul  Courtroom: 7B  Time Commenced: 11:05 a.m.  Time Concluded: 1:35 p.m.  Sealed Hearing Time:  Time in Court: 2 Hours & 30 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Wilhelmina M. Wright, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:    Angela M. Munoz-Kaphing, Assistant United States Attorney
                     Carol Kayser, Assistant United States Attorney
   For Defendant:    Peter B. Wold      ☐ FPD   √ CJA   ☐ Retained   ☐ Appointed

   Interpreter/Language: N/A

   ☐ **Evidentiary Hearing** (only select if witness list filed)

   **√ Sentencing.**

   ☐ **Hearing held on objections to the presentence report.**

IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| One | √ | | 300 mos. | | Life | | |
| Two | √ | | 300 mos. | | Life | | |

   Sentences to run  √ concurrently   ☐ consecutively
   Supervised Release to run   √ concurrently   ☐ consecutively

   **√ See J&C for special conditions**

√ Defendant sentenced to pay:
    ☐ Fine in the amount of $ to be paid.
    √ Restitution in the amount of $8,789.93.
    ☐ Costs of prosecution in the amount of $ to be paid .
    √ Special assessment in the amount of $200.00 to be paid immediately.

☐ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until [Execution of Sent susp until].
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in [Indictment in] is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted   ☐ denied.
√ Defendant remanded to the custody of the U.S. Marshal.

☐ Docket no.:   shall be unsealed at the time the judgment is filed.
☐ Docket no.:   shall remain sealed until [Date to unseal listed doc.].
√ Docket no.: 44, 45, 47, 48, 51, 52 shall be sealed indefinitely.

                                                          s/Terianne Bender
                                                          Courtroom Deputy