<pre>
 1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA
 2

 3    ------------------------------------------------------------
                                 )
      United States of America,   )   File No. 17-CR-234
 4                                )            (WMW)
               Plaintiff,         )
 5                                )
      vs.                         )   St. Paul, Minnesota
 6                                )   February 6, 2018
      Brandon Mark Bjerknes,      )   11:05 a.m.
 7                                )
               Defendant.         )
 8    ------------------------------------------------------------

 9            BEFORE THE HONORABLE WILHELMINA M. WRIGHT

10              UNITED STATES DISTRICT COURT JUDGE

11                      (SENTENCING HEARING)

12

      APPEARANCES
13    For the Plaintiff:         U.S. Attorney's Office
                                 ANGELA M. MUNOZ-KAPHING, AUSA
14                               600 U.S. Courthouse
                                 300 South Fourth Street
15                               Minneapolis, Minnesota 55415

16                               U.S. Attorney's Office
                                 CAROL M. KAYSER, AUSA
17                               Suite 404
                                 316 North Robert Street
18                               St. Paul, Minnesota 55101

19    For the Defendant:         Wold Morrison Law
                                 PETER B. WOLD, ESQ.
20                               247 Third Avenue South
                                 Minneapolis, Minnesota 55415
21
      Court Reporter:            LORI A. SIMPSON, RMR-CRR
22                               Suite 146
                                 316 North Robert Street
23                               St. Paul, Minnesota 55101

24
           Proceedings recorded by mechanical stenography;
25    transcript produced by computer.
</pre>

1          **P R O C E E D I N G S**

2                    **IN OPEN COURT**

3          (Defendant present)

4                    THE COURT:  Please call the case on our calendar.

5                    THE CLERK:  United States of America vs. Brandon

6     Mark Bjerknes, 17-CR-234.

7                    THE COURT:  Counsel, please note your appearances.

8                    MS. MUNOZ-KAPHING:  Good morning, Your Honor.

9     Angela Munoz-Kaphing on behalf of the United States.  With

10    me at counsel table is Sergeant Jarrett Walton from the

11    Beltrami County Sheriff's Office and Assistant United States

12    Attorney Carol Kayser.

13                   THE COURT:  Good morning.

14                   MR. WOLD:  Good morning, Your Honor.  Peter Wold

15    appearing with Mark Bjerknes --

16                   THE COURT:  Thank you.

17                   MR. WOLD:  -- Brandon Bjerknes.  Excuse me.

18                   THE COURT:  Thank you.  Good morning.  So I will

19    ask counsel to remain seated unless they are addressing the

20    Court.

21                   Just to establish why we're here, Mr. Bjerknes

22    previously pleaded guilty to coercion and enticement of a

23    minor to engage in sexual activity that's in violation of

24    Title 18, United States Code, Sections 2422(b) and 2427, as

25    well as production of child pornography, in violation of

1        Title 18, United States Code, Sections 2251(a) and 2251(e).

2              Ms. Munoz-Kaphing, have you received a copy of the

3        presentence investigation report and the addendum?

4              MS. MUNOZ-KAPHING:  Yes, Your Honor.

5              THE COURT:  And Mr. Wold, have you and

6        Mr. Bjerknes received a copy of the PSR as well and

7        addendum?

8              MR. WOLD:  Yes, Your Honor, we've received it and

9        reviewed it --

10             THE COURT:  Discussed --

11             MR. WOLD:  -- line by line with Mr. Bjerknes at

12       the Sherburne County Jail.

13             THE COURT:  Thank you.  And I've received a letter

14       from Mr. Bjerknes as well as letters of support from his

15       family and his friends.  I've read these materials and

16       considered all of the submissions carefully.  I'm grateful

17       for them.

18             Before addressing any objections, I want to ask

19       about the documents which are currently sealed documents in

20       this case.  Under our Local Rule 49.1(c)(2), certain

21       documents are automatically unsealed when the judgment is

22       entered unless I order otherwise.  These documents include

23       letters submitted in connection with the sentencing hearing

24       and motions for a departure or variance.

25             Does either party move at this time to keep those

1    matters sealed?

2          MS. MUNOZ-KAPHING:  Your Honor, the government

3    moves to keep the statements and letters from the victims

4    sealed permanently because they contain information

5    regarding minors.

6          The government will defer to what the defendant's

7    position is with respect to the victim -- I'm sorry, the

8    defendant's supporters.

9          THE COURT:  Okay.

10          MR. WOLD:  Your Honor, I hadn't discussed that

11   with any that have sent letters.  If any do, I will bring it

12   to the Court's attention within days.  But at this point we

13   certainly don't object to the government's motion to keep

14   the victims' letters sealed, but as for letters in support

15   of Mr. Bjerknes, we don't ask that those be sealed unless

16   the Court would give me leave within days to advise the

17   Court otherwise.

18          THE COURT:  So your leave is granted and so if you

19   choose to move otherwise, I will rule on that motion at that

20   time.  The government's motion is granted.

21          MS. MUNOZ-KAPHING:  Thank you.

22          THE COURT:  Am I correct that neither the

23   government nor the defendant has any objection to the PSR?

24          MS. MUNOZ-KAPHING:  That's correct, Your Honor, no

25   objection from the government.

1              MR. WOLD:  No, Your Honor.

2              THE COURT:  Okay.  So I adopt as the findings of

3     this Court all of the factual statements contained in the

4     PSR.

5              And Ms. Munoz-Kaphing, it's my understanding that

6     the government is not moving for an additional one-level

7     reduction to the offense level for acceptance of

8     responsibility under Sentencing Guideline 3E1.1(b); is that

9     correct?

10             MS. MUNOZ-KAPHING:  That is correct, Your Honor.

11             THE COURT:  Okay.  So because the government has

12    not moved for that additional one-level reduction, I don't

13    adopt paragraph 93 of the presentence report which

14    contemplates that reduction.

15             So I will now review my determination of the

16    sentencing guidelines that apply.  A total offense level of

17    43, Criminal History Category of I, imprisonment range

18    of the maximum potential penalty of life in prison, a

19    supervised release term of five years to life, a fine range

20    of $50,000 to $250,000, and a special assessment of $400.

21             Does either the government or the defendant have

22    any corrections or objections to my guidelines calculations

23    given the findings and rulings?

24             MS. MUNOZ-KAPHING:  No, Your Honor, none from the

25    government.

1          MR. WOLD:  No.  They are correct, Your Honor.

2          THE COURT:  Thank you.  So now I'll address

3   motions for a variance -- or actually I'll do that in a

4   moment, but first I want to make sure that neither the

5   government nor the defendant has moved for a departure under

6   the sentencing guidelines.

7          MS. MUNOZ-KAPHING:  That is correct, there's no

8   motion from the government.

9          THE COURT:  So at this point, Mr. Wold, you may

10  make any arguments in favor of a variance and say anything

11  else that you would like to say on behalf of Mr. Bjerknes.

12  We'll move into our allocution phase.

13         MR. WOLD:  Thank you, Your Honor.  Something

14  happened.  Something happened to a decent young man that

15  grew up in a stable home with a loving family, grew up

16  working in the family grocery store, going to the family

17  church.

18         He grew up with a building desire to be a teacher.

19  He succeeded by building a strong college record and was

20  successful in becoming a teacher, what he always hoped to

21  do, and he loved that job.

22         He built a young career as an educator who was

23  respected by his colleagues and loved by his students and

24  his community.  He worked hard and volunteered generously.

25  But something happened.  It was pure insanity, the trust he

1      violated, the deception he employed, the great harm and pain

2      he caused to the very children and families he once proudly

3      served.

4              The true irony is that the day his fake life as

5      Brett Larson was discovered by the families and the Bemidji

6      and Beltrami law enforcement officers was the best thing

7      that could ever happen to him.  He was a sick young man.

8              It isn't easy to confront the demons that caused

9      such insane and destructive conduct, but Brandon Bjerknes

10     has been involved in that process since last summer.  He's

11     sought counseling.  He sought treatment.  He sought

12     evaluation on his own.

13             Brian [sic] Bjerknes admits his crimes and takes

14     full personal responsibility.  He has endeavored to learn

15     how his aberrant conduct developed and he has strived to

16     learn about how to truly practice relapse prevention.

17             Nothing about Brandon -- I set him aside and his

18     endeavors and what he has hoped to try to cure, but I just

19     want to deal with proportionality of the guidelines here.

20     We agree with the guideline calculations.  I do note and

21     obviously have spent a lot of time trying to get my arms

22     around this, but clearly the Sentencing Guideline Commission

23     over the years has contemplated what seems to be an

24     imbalance in the guidelines for this type of crime.

25             Second degree murder, attempted first degree

1    murder causing permanent injury, rape with permanent injury

2    all have significantly less guidelines.  That's no excuse

3    for the conduct.  It's just an observation.

4            No excuses further, but this wasn't an adult or a

5    young adult that was attempting to groom children to be

6    sexually attracted to him.  He did not have sexual contact

7    with children.  This was someone that created a fraud to be

8    a 13-year-old and that was all he ever was in these

9    contacts, was a 13-year-old.  No excuse, but it wasn't a

10   grooming situation to create a relationship with him as who

11   he really was.

12           Brandon Bjerknes is truly, truly sorry for the

13   pain he's caused, and I'll allow him to address that, as

14   he's been working towards for many, many months.  Brian

15   [sic] Bjerknes is a beloved husband, father, son, brother,

16   and friend.

17           He is amenable to treatment.  He is not likely to

18   re-offend.  If he lives past his prison time, he will be

19   forever a lifetime registered sex offender with likely a

20   permanent period of supervised release.

21           For those reasons, Your Honor, a sentence of

22   15 years followed by a lifetime of supervised release with

23   stringent conditions would be sufficient, but not greater --

24   but not a greater sentence that is necessary.

25           Thank you.

1          THE COURT:  Thank you, Mr. Wold.

2          Mr. Bjerknes, you have the right to address the

3     Court as well before I impose your sentence.  Is there

4     anything that you would like to say on your behalf?

5          THE DEFENDANT:  Yes.

6          THE COURT:  Please come forward to the podium and

7     do so.

8          THE DEFENDANT:  Good morning, Your Honor, and

9     thank you for allowing me to speak today.  I have many

10    things I want to say -- I'm sorry -- to the victims, their

11    families, and the entire community.

12          As a principal, my job was to protect all the

13    students in my school and in my community.  I should be held

14    to a higher standard.  I made terrible mistakes and I did

15    not uphold the duties I was hired to do.

16          I never, ever should have created a fake Facebook

17    account and I never should have entered into a world that I

18    had no business being in.  During my darkest and weakest

19    moments, I failed everyone.  I have forever broken their

20    trust in me and I am so sorry.  The victims, the families,

21    and the community all deserve much better.

22          As I apologize to the victims, Your Honor, can I

23    turn towards them or should I remain on the microphone?

24          THE COURT:  You address the Court, me, yes.

25          THE DEFENDANT:  Okay.  Thank you.

1          THE COURT:  You may not turn around.

2          THE DEFENDANT:  My most important goal today is to

3     express how deeply sorry I am for my immoral, appalling

4     actions.  I do not expect the victims to forgive me or their

5     families to forgive me.  As a parent myself, I know

6     firsthand how difficult it would be to ever forgive someone

7     that hurt your child and I know that my actions greatly hurt

8     these children.

9          This is all my fault.  It is my doing.  It is my

10    poor decisions that have me here today.  And because of

11    those poor decisions, I am filled with regret and remorse.

12    My behavior disgusts me and I'm deeply sorry.  If I may

13    never be forgiven, I hope that today, Your Honor, the

14    families and the victims can start to heal and start to move

15    forward.

16          I acknowledge that I suffered from a mental

17    illness.  I was sick, Your Honor.  I needed help.  And that

18    journey has begun about a year ago.  It has been a building

19    process and I want to make sure I thank those that have been

20    there for me, including Dr. Patrick Cronin, Therapist Robin

21    Hewitt, and the overwhelming support of my amazing wife,

22    parents, sister, extended family, and dear friends.  Thank

23    you all.

24          I promise to continue getting help and treatment

25    through my sentence and after.  I want to be a positive,

1    productive part of a community once again.  I want to offer

2    so much to this world.

3              I truly treasure being a father of two beautiful

4    children, being a husband and a brother, a son and a friend.

5    I will strive to be the man that they want and need in their

6    lives.

7              My mistakes will forever define my life and

8    greatly change my future.  As a sex offender, my life will

9    never be the same.  I will be treated differently and I'll

10   be viewed differently.  The road ahead will be difficult,

11   but I will not give up.  And I also understand that my

12   actions have made that road ahead.

13             So, Your Honor, what can I do from here?  I plan

14   to use -- I'm sorry.  I plan to use this time to re-invent

15   myself.  I've lost my way.  I wandered off the right path in

16   life.  I'm going to use this time to find my way back.  I

17   will reflect on my past, just like I have every day, and

18   I'll work hard to ensure that my future is positive.  I am

19   ready, I am willing, and I am able to accept all the

20   challenges that lie ahead.  I will not give up and I will

21   get back on track.

22             I never meant to hurt anyone, Your Honor, yet I

23   know I have hurt so many.  I don't expect forgiveness today.

24   I don't know if I deserve it.  I accept full responsibility

25   for my actions and I'm so deeply sorry for those that I have

1    hurt.

2           I know the families have had countless sleepless

3    nights and struggles trying to comprehend what happened and

4    how to help move forward, and I am so sorry.  I understand

5    those sleepless nights.  They shouldn't have to have those.

6    I should.  It's my actions that did this to them.

7           I apologize from the bottom of my heart for the

8    damages I have caused to them all and their families.  I

9    also apologize to the entire Bemidji community.  It is a

10   great place.  There are no words to really describe how

11   sorry I am.

12          As I look down the road, Your Honor, I hope that I

13   can show you and an entire community that I can be healthy

14   and strong again.  I apologize.

15          THE COURT:  As I said, address the Court.

16          THE DEFENDANT:  I'm so sorry and I really hope

17   that after today the families can start to heal and move on.

18          Thank you, Your Honor.

19          THE COURT:  You're welcome, Mr. Bjerknes.

20          Ms. Munoz-Kaphing, you may make your arguments.

21          MS. MUNOZ-KAPHING:  Thank you, Your Honor.  At

22   every stage in a child's life they have different

23   vulnerabilities, and we as parents are tasked with what

24   sometimes feels like the impossible task of trying to

25   protect our children from these vulnerabilities.

1          When you first bring your child home from the

2     hospital, you're focused on diapers and feeding and sleep

3     schedules.  And when they're toddlers, you're focused on

4     covering electrical outlets and barricading stairs from a

5     toddler who seems innately attracted to danger and dangerous

6     situations.

7          And then your child ventures into kindergarten.

8     You're sending them on the bus alone and into a school day

9     and into the arms of teachers, principals, educators that

10    you are now trusting for that day of school that they are

11    going to help you guard and protect against their

12    vulnerabilities and protect them.

13         As parents, we depend on these trusted adults.  As

14    a community, we place a high value on our child's educators.

15    We have an inherent trust in these adults because we know

16    that educators put their students first and their personal

17    priorities last.  We believe that they will share and do it

18    honestly and proudly in the duty of protecting and guarding

19    our children.

20         In the blink of an eye it's time for middle school

21    and you are sending them oftentimes to a new school and a

22    new routine and the challenges and excitement of that school

23    bus are replaced with all sorts of other things, hormonal

24    changes, physical body changes, new emotions and new

25    self-consciousness, the desire to fit in, the right shoes,

1     the right clothes, the right phone.  It's endless.  The

2     pressures are endless on our kids.

3          And at this point, with all of these new changes

4     and accompanying vulnerabilities, parents are left longing

5     for the days when you are wondering when did they last eat,

6     do they need a new diaper, we better get on that sleep

7     schedule again.

8          In the midst of all of these changes, the trust

9     that we put into our educators remains the same.  We

10    maintain that belief that they will share the duty of

11    protecting and guarding our kids.

12         And unfortunately today we know now that for

13    nearly three years this defendant, a person who held a

14    leadership position in the Bemidji Middle School, took

15    advantage of his duty to protect and guard children.  He

16    created alias social media profiles on Facebook and Snapchat

17    and he posed as a teenage boy from Duluth, Minnesota.

18         This defendant contacted minors online, many of

19    which he personally knew because of his role in the Bemidji

20    public school system, not just from his role at the middle

21    school, but in his previous position as a teacher.

22         He groomed them via social media chats.  I know

23    the defendant doesn't agree with the "grooming" word, but

24    that's what happened.  That's what we see from the chats.

25    He complimented their appearance.  He flirted with them.  He

1   tried to gain their sympathies with fake biographical

2   information about this Brett Larson persona, that his mom

3   was sick with cancer, that his dad wasn't around, that he

4   might be gay, but he's not sure, he's trying to figure out

5   his own sexual orientation.  In the process he learned all

6   of this private information from the kids he was talking to.

7         He used this information as he coerced and enticed

8   them to engage in sexually-explicit conversations, coerced

9   and enticed them to send him nude images of themselves that

10  don't actually fit the federal strict definition of child

11  pornography, but were nonetheless sexually explicit.  He

12  coerced and enticed them to send him images of themselves

13  that actually do constitute child pornography and fit that

14  federal definition.

15         He frequently sent pictures of his own genitalia

16  to minor victims.  He distributed adult pornography to them.

17  He distributed some of the child pornography that he

18  solicited from his victims to other kids that he was

19  talking to.

20         This isn't an instance of aberrant conduct.  This

21  isn't a blip in the road.  This happened for nearly three

22  years.  And for his actions the defendant seeks to be

23  sentenced at the mandatory minimum that the United States

24  Congress has authorized for the production of child

25  pornography, 15 years or 180 months.

1            The advisory guidelines, as this Court well knows,

2     are life imprisonment.  This defendant's offense conduct

3     level was so high that the guidelines drop him down to 43,

4     which is the highest number that they afford for offenses in

5     the federal system.

6            I know that the Court has read the government's

7     papers and so I'm not going to reiterate all of the 3553(a)

8     factors today.  Instead I would like to focus on addressing

9     some of the arguments that the defendant has raised as a

10    basis for his 15-year request and explain why the 3553(a)

11    factors do not support a 15-year sentence for this

12    particular defendant.

13           In the course of papers and today's arguments the

14    defendant has expended a significant amount of time

15    directing the Court's attention to his family, to his role

16    as a present and loveable spouse and father.  Was he a

17    present and loving spouse and father?  We don't know.  What

18    we do know is this:

19           We know that he was pressuring Minor Number 15 to

20    send him pictures during the long Thanksgiving weekend in

21    2014 and during that very same weekend he was sending

22    pictures of his own genitalia and underwear to a different

23    minor, Minor Number 13.

24           We know that on Christmas Eve in 2014 he told

25    Minor Number 36 that, quote, it wasn't going to work, end

1    quote, when she stood up to him and said she wouldn't send

2    him nude photos.

3           We know that he gave Minor Number 4 detailed

4    directions about the types of sexually-explicit photos he

5    wanted from her for approximately an hour starting at

6    8:00 p.m. in February of 2015.

7           We know that he was playing a highly sexualized

8    version of Truth or Dare, instigated by him, with Minor

9    Number 1 in August of 2016.

10          We know that he was messaging Minor Number 34 on

11   Christmas Day in 2016.  He told her he loved her.  He told

12   her that she was amazing and he wished that they could

13   celebrate Christmas in the same place.

14          We know that at approximately 1:00 p.m. on a

15   Sunday afternoon in November 2016 he was messaging Minor

16   Number 5 on Snapchat and pressuring her to leave her friends

17   who she was playing a game with, run off to the bathroom and

18   send him -- pardon my language, but this is his, not mine --

19   pussy pictures.

20          We know that on March 12th of 2017, which is in

21   this one-year time frame that the defendant claims that he

22   has now begun his healing process, between the time of

23   9:56 p.m. and 10:23 p.m. this defendant created nine

24   different videos using his two iPhones to play and record

25   pornographic images that he coerced Minor Number 2, who was

1      a 12-year-old girl at the time, to send him on Snapchat.

2      One of the phones that he used was issued to him in the

3      course of his role as the principal at Bemidji Middle

4      School.  Then approximately a week later, on March 19, 2017,

5      he created two additional videos depicting Minor Number 2

6      with his two iPhones.

7              We know that he was exchanging sexually-explicit

8      text messages with his children's 18-year-old babysitter and

9      with one of the teachers at Bemidji Middle School.

10             We know that when he was first interviewed by the

11     Beltrami County Sheriff's Office he reported that his

12     marriage was in a lull, that his wife was busy caring for

13     their young children, that he was often alone in his bed and

14     at that time that's when he decided to engage in these

15     sexually-explicit conversations with 12- and 13-year-old

16     girls.

17             That's what we know about whether Brandon Bjerknes

18     was a present husband and loving father.

19             Luckily for the 55 known victims in this case and

20     the other children in our community who were spared this

21     trauma, there was a present parent.  We will hear from that

22     present parent today, who read his disturbingly

23     sexually-explicit words to her 13-year-old daughter,

24     suspected it may have been an adult, and she and her

25     husband, a present father, reported their concerns to the

1    Beltrami County Sheriff's Office.

2             The Beltrami County Sheriff's Office then engaged

3    in an extensive investigation to identify the true identity

4    of Brett Larson.  Their efforts, under the leadership of

5    Sergeant Jarrett Walton, led them to Brandon Bjerknes.

6             Law enforcement interviewed him on March -- first

7    interviewed him on March 20th of 2017.  This is one day

8    after he created those last two videos of Minor Number 2.

9    They seized his electronic devices pursuant to a search

10   warrant and talked to him.

11            At this time he adamantly denied any criminal

12   behavior.  He then eventually admitted to engaging in

13   sexually-explicit photographs and texting with the two

14   adults that I previously mentioned and then he finally

15   acknowledged that he was the adult behind Brett Larson.

16            Did he provide law enforcement with a full

17   accounting of his activities?  No.  Not even close.  He

18   minimized the length of time that he was doing this.  He

19   minimized the graphic and utterly disturbing nature of his

20   conversations with 12-, 13- and 14-year-old girls.  He did

21   not disclose the number of children he contacted.

22            He didn't disclose that he used two iPhones to

23   create this permanent record of the videos of Minor Number 2

24   and other children that sent him images on Snapchat.  This

25   was only found after an investigation by law enforcement.

1          He didn't disclose that he solicited photos from

2     one victim and then in an effort to trade in child

3     pornography with a known high school boy, that he was

4     bartering with him and trying to exchange because he thought

5     that high school boy had photos.  He didn't report any of

6     this to law enforcement.

7          He didn't disclose the endless pictures of his own

8     genitalia or adult pornography or other sexually-explicit

9     materials that he distributed to known children.

10          We only know all of this information today because

11     of the diligent effort by the Beltrami County Sheriff's

12     Office, many of whom have traveled from Bemidji to be in

13     court this morning to show their support of the victims in

14     this case.  And that sheriff's office, along with the

15     support from the Minnesota Bureau of Criminal Apprehension,

16     carefully sifted through and reviewed these social media

17     accounts.

18          The content of the Brett Larson Facebook account

19     alone, meaning the chats, the photographs, the messages,

20     spans 15,000 pages, 15,000 pages.  If I printed that, Your

21     Honor -- I have a ream of paper in my hands right now that's

22     500 pages.  It would take 30 reams of paper if I were to

23     print all of those chats and messages.  That's just the

24     alias social media profile.  It's not as if he was posting

25     pictures of his children.  This was all the Brett Larson

1    account, those 15,000 pages.

2              The sheriff's office tracked down the minors,

3    interviewed them, and talked to them about these incredibly

4    private and embarrassing messages they sent and received.

5              The Court has received several victim impact

6    statements from parents of victims in this case documenting

7    what it felt like when they were first contacted by the

8    sheriff's office and learned that a trusted adult, an

9    educator in their community, someone they had trusted to

10   protect and guard against their children's vulnerabilities,

11   had sexually exploited them for his own pleasure.

12             I would like to take a minute to focus on the

13   victims in this case.  We refer to them by numbers, Minor

14   Number 1, Number 2, Number 3.  We use this nomenclature to

15   protect their identities, to ensure that their names are not

16   a public record.  And by protecting their identities we give

17   them a chance to chart their own course, to not be defined

18   in the public eye by the course that this defendant has

19   charted for himself.  But by referring to them as numbers,

20   we run the risk of overlooking who they are, that they're

21   actual children in our state.

22             This isn't a situation where a sexual predator was

23   looking for children online and came across an undercover

24   law enforcement officer.  These victims are primarily girls.

25   They were between the ages of 12 and 14 when first contacted

1    by the defendant.  They have interests and talents, like

2    playing the cello and drawing and dance and gymnastics and

3    creative writing.

4         And unfortunately many of them struggled with

5    other issues, mental health issues, cognitive delays,

6    previous abuse, self-harm behaviors ranging from cutting to

7    suicide attempts.  Two of the victims in the case were in

8    the process of transitioning genders when the defendant

9    contacted them on social media.

10        And because of his various roles in the Bemidji

11   public schools and the grooming he engaged in when he was

12   talking to them online, the defendant knew about these

13   issues and took advantage of them for his own pleasure.

14        We've heard about the impact that this defendant's

15   crimes have had on the victims in this case and the families

16   through their written submissions and the verbal statements

17   that some of them will make at today's hearing.

18        I understand that there are also families and

19   supporters listening from Bemidji and the government again

20   thanks the Court for the accommodation to allow some of them

21   to listen from a remote location.

22        THE COURT:  You're welcome.

23        MS. MUNOZ-KAPHING:  The bravery and courage of

24   these victims is admirable.  There are, however, many

25   victims who haven't come forward today to provide a written

1    statement or wanting to speak in public in court today.

2    This doesn't mean that they weren't harmed by the defendant.

3    It doesn't mean that their harm was any greater or less.

4    They are victims in this case.  They matter.  It's

5    incredibly difficult to put yourself out there and this is a

6    very private issue and to be sharing private details about

7    your personal life or your family's life.  It's their right

8    to not speak and we have to respect that.

9          With regard to the defendant himself, there's been

10   many explanations offered by himself and his supporters,

11   both in writing and in court today, explaining why he did

12   this.

13         There's claims that he was suffering from some

14   sort of tragedy.  To my knowledge, this hasn't been

15   disclosed in the presentence investigation or to the Court

16   or anyplace.

17         He claims he was under stress due to his family

18   situation, he was under stress at school, and some

19   supporters have said he was dealing with negative things

20   that young students were doing at his school, he was working

21   with students from poor counties with lesser resources, with

22   lack of funding.

23         I mean, as an initial matter let's not forget who

24   the actual victims are in this case.  It's not the

25   defendant.  And he's not in a unique position when it comes

1    to stress.  There are people in our state, in our community,

2    and in our country who deal with stress all the time and

3    luckily for our children and for our community they are not

4    going online creating fake personas and sexualizing kids or

5    kids that they know.

6          And if school stressors were truly the root cause

7    of the defendant's crimes, then his decisions to go ahead

8    and sexually exploit students in those schools is even more

9    depraved than what was initially believed.

10          In closing, Your Honor, the defendant has referred

11    to himself as a teacher and as an educator.  As I mentioned

12    at the beginning of my remarks, educators put kids first and

13    their personal priorities last.

14          The person standing before the Court today to be

15    sentenced put his sexual interests first for nearly three

16    years.  He put his own sexual interests first as he

17    victimized over 55 kids and countless others, including the

18    family members of the victims who are here today and

19    listening in from Bemidji.  These people actually honored

20    and took seriously their duty and responsibility to protect

21    their children.

22          A fair sentence in this case for the crimes of

23    this defendant and what he committed and what he has done

24    over the course of these three years is 360 months of

25    imprisonment followed by a lifetime term of supervised

 1   release.

 2          Thank you, Your Honor.

 3          THE COURT:  Thank you, Ms. Munoz-Kaphing.

 4          Now, I understand that there are victims present

 5   who wish to be heard.  If there are, they may approach the

 6   podium one at a time.

 7          MS. MUNOZ-KAPHING:  Your Honor, may I -- is it

 8   okay if I call them sort of one at a time?

 9          THE COURT:  That's fine, and if they will state

10   their name as they begin to speak.

11          MS. MUNOZ-KAPHING:  Thank you, Your Honor.  The

12   government would ask that the parents of Minor Number 1 come

13   forward at this time.

14          THE COURT:  And if you would please state your

15   name and spell it for our record.

16          MR. LARGE:  Hello, Your Honor.  My name is Jeff

17   Large, J-e-f-f, L-a-r-g-e.

18          THE COURT:  And who is standing with you?

19          MR. LARGE:  This is my wife, Cindy Large.

20          THE COURT:  Thank you both.  You may proceed.

21          MR. LARGE:  My name is Jeff Large.  My daughter,

22   Minor Number 1, is a victim of her former assistant

23   principal, Brandon Bjerknes.

24          I would like to thank the Court for this

25   opportunity to talk and describe my understanding of events

1    and my experiences, my concerns, and the impact this case

2    has had on me and my family.

3          Although I appreciate the Court for keeping my

4    daughter's name concealed, my daughter is more than Minor 1

5    to me.  My daughter is a lovely 14-year-old girl who has

6    wonderful qualities, some of which include playing the cello

7    and art.  She loves art and is a great drawer.  She has a

8    love for animals, which explains why she's a vegetarian.

9          However, my daughter also has many struggles and

10   challenges.  My daughter grew up with a speech delay.  This

11   made it difficult to understand what she was saying when she

12   was learning to speak.

13         My daughter has continued to have difficulties

14   with her communication with others throughout the years.

15   She is diagnosed with a speech dysfunction, anxiety,

16   selective mutism, and self-harm cutting behaviors.  This has

17   made it difficult for my daughter to express her needs, to

18   self-advocate for herself, and develop relationships with

19   her peers, others, and myself and my wife.

20         My daughter has not invited -- or was not invited

21   typically to classmates' birthday parties growing up.  My

22   daughter would typically spend time by herself in the

23   playground at lunch hour at school.

24         My daughter becomes nervous, affecting her ability

25   to communicate, which challenges her social skills and

1    learning.  She has developed a low self-esteem.

2           My wife and I have worked hard to advocate for my

3    daughter throughout the years.  She has slipped through the

4    cracks at times at school when she is most silent.  We have

5    had to work with speech therapy, counseling services,

6    psychiatric services, occupational and physical therapy

7    services in the past.

8           She is currently seeing a psychiatrist, integrated

9    behavior health therapist, a skills therapist, and she has

10   an independent education plan or IEP with modifications at

11   school to help her with her challenges.

12          In the summer of 2016 we helped my daughter set up

13   a Facebook account.  We thought it would be a good tool to

14   help her communicate with her peers, develop relationships

15   because it's easier for her to communicate in the written

16   media versus speaking.

17          September of 2016 my wife found inappropriate

18   sexual messages and pictures of my daughter on my daughter's

19   phone sent to and from Brett Larson on Facebook.  The

20   content of these messages included a game of Truth and Dare

21   in which an aggressive Brett Larson repeatedly requested

22   nude pictures of my daughter and provided her with pictures

23   of his penis and pornographic videos and pictures.  The

24   Beltrami County Sheriff's Department opened the case after

25   we discovered this information and presented it to them.

1       Brett Larson's message included statements

2   describing how pretty my daughter was and how much he wanted

3   to see more nude pictures of her as these pictures made him

4   hot.  Brett Larson's language appealed to my daughter's low

5   self-esteem by telling my daughter how hot she was, how

6   good-looking she was, and how she made him feel hot.

7       When we discovered this, we punished my daughter.

8   It's not appropriate to send pictures.  We took her phone

9   away.  Can you imagine that?  This was a big deal to my

10  daughter, to any 13-year-old, to have her phone taken away,

11  to have access to Internet taken away, to have privileges

12  taken away.  This led to volatile conflict and stress in our

13  home.  It led to self-harm and cutting behaviors by my

14  daughter.

15      When I was informed by the Beltrami County

16  Sheriff's Office on March 23, 2017 that Brandon Bjerknes

17  used the alias of Brett Larson to victimize my daughter on

18  Facebook, I initially felt very surprised, but that quickly

19  turned to anger and betrayal.

20      Brandon Bjerknes's position of assistant principal

21  at the middle school is one of responsibility to students,

22  parents, and to staff at school.  I feel Brandon Bjerknes

23  has betrayed my daughter, my family, the school.  Brandon

24  Bjerknes has neglected his responsibilities.  He has not

25  accepted responsibility.

1          I feel Brandon Bjerknes preyed upon my daughter's

2     low self-esteem and communication problems.  Brandon

3     Bjerknes is and was aware of my daughter's diagnosis and my

4     daughter's low self-esteem and desire to have a relationship

5     at school secondary to his position as assistant principal

6     at the Bemidji Middle School.  We have approached Brandon

7     Bjerknes in the past while advocating for our daughter to

8     try to obtain services at the school.

9          Imagine what my daughter would have actually

10     thought to have a boyfriend.  You know, she strives to have

11     relationships with her peers.  Imagine what it would be like

12     to have someone think she was hot.  Imagine what my daughter

13     would have felt like to have someone show interest in her.

14          I believe Brandon Bjerknes took advantage of this

15     knowledge and took advantage of his position and authority

16     as an assistant principal at the middle school to abuse my

17     daughter.  Brandon Bjerknes knew better, knows better.

18          My wife and I have worked hard throughout the

19     years to advocate for my daughter and to obtain help for her

20     challenges.  It's been hard.  To have someone who trusted

21     come along and hurt us like this has been very destructive.

22     It makes me feel sick.  It makes me angry.

23          When I think of Brandon Bjerknes taking advantage

24     of my daughter, it distracts me from any type of thing I'm

25     doing.  I have lost and continue to lose sleep many nights

1    thinking about this abuse and its effects on my family and

2    me.

3             I have used counseling services to try to

4    understand and cope with this.  I don't understand it.  But

5    these feelings continue to affect me.  I've had difficulty

6    concentrating at work, being distracted by these thoughts

7    and becoming irritable.

8             I'm reminded of Brandon Bjerknes's abuse every

9    time his wife comes in to work out in my workplace to use

10   the exercise equipment.  I have adjusted my schedule to try

11   to avoid seeing her at my workplace.

12            After Brandon Bjerknes's arrest, I found it was

13   difficult for the school -- I found it difficult to work

14   with the school to meet my daughter's educational needs.  At

15   the time that this happened my daughter was having

16   difficulty at school as her special education teacher was

17   out.  She had a chronic illness and ended up retiring.  The

18   substitutes did not have access to her assignments and her

19   IEP information.

20            On March 24, 2017, after we attended the initial

21   arraignment, my wife attempted to speak with Drew

22   Hildenbrand, the middle school principal, but he was busy.

23   And that's what he exactly told her as he walked by her, my

24   wife Cindy, he said, "I'm busy" as he walked by.

25            We did set up a meeting the following week with

1     Dr. Hess, the superintendent of the school district, to

2     express our concerns, including not being allowed to talk to

3     the principal at the middle school and our concerns we had

4     about my daughter's identity being concealed.  It seems like

5     they were doing some type of investigation pulling kids out

6     of classes, which basically put a target on their back.  We

7     had concerns about the modifications that were not being

8     followed with her IEP.

9          After that meeting we were instructed to include

10    Dr. Hess, the superintendent, on all future e-mails for the

11    remainder of the school year to make sure that our voices

12    were being heard.  To this day we haven't heard anything

13    from the principal from the middle school about any of this.

14         Brandon Bjerknes's actions contributed to higher

15    stress levels in our family, but also in our school between

16    me and the school administration.  It contributed to

17    decreased communication and that was detrimental to my

18    daughter's education at the middle school for the remainder

19    of her eighth grade year.  This also contributed to a lot

20    more stress at home.  The communication and trust between my

21    daughter and I have been stressed.

22         My daughter had thought Brett Larson was her

23    boyfriend and liked this attention she was receiving.  My

24    daughter has stated how it felt good to have someone show

25    interest in her.  My daughter has difficulty understanding

1     what a healthy relationship with a boyfriend really consists

2     of now.

3           Brandon Bjerknes exposed her to pornographic

4     material during their interactions.  She has difficulty

5     understanding the negative effects of pornography in a

6     relationship.  She has difficulty understanding what a

7     healthy relationship is.  I would like to know how

8     masturbating and cuming for a 13-year-old girl demonstrates

9     love, as Brandon Bjerknes has demonstrated -- or has stated.

10          This conflict has led to more self-harm and

11    cutting behaviors for my daughter.  She has scars on her

12    arms and legs that will never go away.  This led to us

13    seeking additional treatments and care, including

14    medications and counseling for my daughter and myself, my

15    family.

16          My daughter has received counseling -- or was

17    receiving counseling, but we had stopped in the summer of

18    2016 before we had discovered this information, only to

19    start up again in October of 2017 when these stressors and

20    difficulties were escalating.

21          Brandon Bjerknes has showed -- has not shown any

22    remorse or any sympathy for his actions to me or my family.

23    He has not taken any responsibility for our difficulties.

24    How can he be responsible for his actions if he doesn't even

25    know how it affected his victims?

1          His own description of his opinion -- or his own

2     description of his actions were unprofessional when he was

3     asked about this in the state court.  I believe his actions

4     were a little bit more than unprofessional.

5          He has made every effort to avoid eye contact at

6     his hearings in the courtrooms and hallways.  He has been

7     ignorant to what my daughter and my wife and I have endured

8     and are currently going through.  He has been ignorant that

9     my daughter is a victim.

10          During the state plea hearing on October 4th Judge

11     Benshoof had County Attorney Dave Frank write the names of

12     the four victims involved with the four cases he was

13     pleading guilty to on a piece of paper and hand them to

14     Brandon Bjerknes as Brandon Bjerknes stated he was not sure

15     which victims he was pleading guilty to that day.

16          I learned Brandon Bjerknes has a screen printing

17     business, which he supplied spirt wear to the Bemidji Middle

18     High school track team in April of 2017 when he was out on

19     bond after the initial state charges.

20          My older daughter was a member of the track team.

21     I was disappointed to learn that the track team was

22     supporting his business as they felt sorry for his family.

23     I would not have purchased spirit wear for my daughter

24     supporting that business had I known they were going through

25     Bjerknes's screen printing business.  I do not think Brandon

1   Bjerknes has any concerns about selling his shirts to

2   potential victims or previous victims.

3       The summer of 2017 Brandon Bjerknes's wife, who

4   continues to support him, sold their home and purchased

5   another home in a development where I live.  I have lived

6   there the last 16-plus years.  This development is about six

7   miles north of Bemidji with about 50 homes in it.  It has

8   families and children in it.  I did ask his wife why they

9   purchased a home so close to us and her reply was that she

10  has decided to move on and suggested that I do the same.

11      I'm concerned about Brandon Bjerknes returning to

12  my neighborhood for the safety of my daughter and my family.

13  I do not feel comfortable walking or riding my bike down

14  those roads.

15      I do not understand why Brandon Bjerknes would

16  want to live in a neighborhood next to a victim, a

17  neighborhood full of children, who may be other victims of

18  his pedophile solicitations.

19      At the September 28, 2017 federal court hearing my

20  wife and I were in the hallway when Brandon Bjerknes and his

21  wife and his sister-in-law Lisa Krause entered the hallway.

22  My wife sarcastically stated, Hello, neighbor, to which

23  Brandon Bjerknes's sister-in-law Lisa started yelling at us.

24  What did you say?  You don't know what we're going through.

25  You should trust us because I know what they're going

1    through.  Not one word of remorse or sympathy was mentioned

2    about Brandon Bjerknes's victims.  Brandon Bjerknes was in

3    that hallway when that occurred.

4          I appreciate the Court keeping my daughter's

5    identity private.  I have tried to keep it private myself,

6    telling only family members and my manager at work.

7          Regarding this case, I've heard comments in the

8    community about how the parents of the victims should have

9    been more vigilant and watchful of their child's Facebook

10   accounts.  I have heard comments about how people are sorry

11   for Brandon Bjerknes's family.

12         This whole experience has been hard.  I'm trying

13   to deal with it.  Every time I think about these events and

14   these hearings, announcements, treatments, these feelings

15   continue to surface.  Today as I write this -- as I read

16   this statement I continue to deal with these feelings.  We

17   have not healed from this yet.  We are continuing to seek

18   treatment and hopefully in the future we will improve, but

19   who is to say.

20         Brandon Bjerknes has not accepted responsibility

21   for his actions.  He only stopped abusing children when he

22   had to, not because it was the right thing to do.  He did

23   not volunteer any information to law enforcement.  He has

24   not been truthful explaining his true -- everything that

25   truly happened.  The information obtained was only because

1   of Beltrami County Sheriff's Department's lengthy

2   investigation.  He did not enter a plea of guilty until a

3   plea bargain was actually offered, despite confessing to his

4   crimes six months earlier.

5           He has looked out for himself through this whole

6   process.  He would still be abusing children if he wasn't

7   caught and I do believe Brandon Bjerknes understands -- I do

8   not believe that Brandon Bjerknes understands what he has

9   done and I do not believe Brandon Bjerknes -- or I do

10  believe Brandon Bjerknes is a threat to adolescent girls.

11          I'm not sure what is going to happen in the

12  future, but I do know -- or I believe that this child is

13  because of what happened in the past and I believe heavily

14  that today we should be looking at what happened in the past

15  and not what actually is going to possibly happen in the

16  future.

17          It's hard to fully describe my feelings and

18  experiences on a piece of paper and this statement only

19  provides a brief look into my experience and feelings, but I

20  hope this helps the Court understand and I appreciate the

21  ability to read this today.

22          THE COURT:  Mrs. Large, do you wish to be heard?

23  Thank you, Mr. Large.

24          MS. LARGE:  This was probably one of the hardest

25  things that I have ever had to do, I've ever had to write,

1    and I have rewritten this like 5 million times.  In fact,

2    the one copy, it's been revised and edited and revised.  So

3    I am going to do the best that I can.  And it's all jumbled.

4    I'm not good at public speaking.  I'm not good at writing.

5              But I was the one that found inappropriate

6    conversations with Brett Larson of a sexual nature on my

7    13-year-old daughter's cell phone around August of 2016.  My

8    husband and I suspected that this persona may have been an

9    adult and decided to contact the police to investigate.

10             Then later on March 23rd, a date that I will never

11   forget, of last year we learned that our instincts were

12   correct and found out that the Brett Larson persona was

13   actually Brandon Bjerknes, at the time the Bemidji Middle

14   School assistant principal.  I was really shocked that it

15   was him behind all of this and confused because at the time

16   he was a person that I knew of and respected.

17             I have known him since both my kids attended the

18   elementary school where he worked at at the time.  Later he

19   became an activities director at the middle school that my

20   kids attended and then later on promoted to the middle

21   school assistant -- as the middle school assistant

22   principal.

23             And, in fact, we knew him and we trusted him

24   enough to enlist his assistance with our youngest daughter's

25   middle school IEP meeting.  During this IEP meeting he

1    learned more about my daughter's mental health issues and

2    what we were dealing with at school and a family as a result

3    of it.

4            My daughter has an anxiety disorder called

5    selective mutism and with this disorder our daughter cannot

6    speak in any social settings even though she has the ability

7    to.  Unfortunately in my daughter's case, she rarely even

8    speaks at home.  She can often go all day without even

9    uttering a word.

10           And because of this disorder, my daughter is very

11   immature and very limited in her social interactions and

12   unsure of most social norms.  She's not part of it.  She

13   doesn't know.  She's not capable of making the correct

14   choices even though we've tried our best to educate her.

15           She's a vulnerable child and therefore I have had

16   to try to protect her -- and my husband -- in the best ways

17   possible throughout her whole life and we've always had to

18   monitor all of her activities.

19           When choosing a victim, Brandon Bjerknes knew that

20   my daughter would be a perfect candidate.  He knew that my

21   daughter had little to no friends, no boyfriends, no

22   potential prospects of any in the future because of this

23   disorder.  My daughter wouldn't and couldn't talk to anyone

24   or us should she feel uncomfortable, threatened, or scared.

25   She wasn't going to tell anyone.

1          Unfortunately, the exact opposite occurred and my

2     daughter actually liked this attention that she was

3     receiving.  She's never received it before.  She started to

4     sneak into our downstairs family room to have conversations

5     with him and this is when I became suspicious.

6          In one conversation that I was able to read that

7     she didn't delete yet on my daughter's phone, that Brandon

8     Bjerknes was showering her with lots of compliments.  And

9     I'm sure this was to gain her trust.  And he played along

10     with my daughter's odd conversation about rice.  The

11     conversation later turned to a sexual nature, starting out

12     with moist rice.

13          He eventually persuaded my daughter to pose in

14     sexually-provocative positions and later expose her private

15     parts and her yummy hair to heighten his arousal, and he

16     also asked if her pussy was shaved or unshaven.

17          He forwarded pictures of his own nipple and of his

18     aroused penis under his blue-striped boxers to help give her

19     the courage to cooperate and elicit her further in this

20     activity.  He asked that she view various pornographic

21     images of others and of himself masturbating on Snapchat.

22          I'm sure that my daughter never experienced this

23     attention before and to have someone pursue her, especially

24     in a sexual nature, was exciting for her.  She even Facebook

25     messaged a friend to say that she had a new boyfriend.

1          I'm sure she wanted these conversations to

2     continue, which is why I'm sure that she resorted to doing

3     almost anything that was asked of her by whom she thought

4     was Brett Larson, her boyfriend.  This is not the way I

5     would have hoped for her to experience her first boyfriend.

6          I can only guess how this is impacting my daughter

7     at this time due to her limited communication.  I know it

8     will be a slow process due to her limitations and continuing

9     to attend therapy will somewhat help her.

10         But from my own prior experience as a victim

11    myself, I have had difficult relationships with my family

12    and my personal life with friends and dating throughout my

13    life.  I didn't fully trust men, was a serial dater, often

14    found myself in unhealthy and abusive relationships.

15         After attending therapy myself, I was able to

16    build my trust in a man and got married at the age of 35 to

17    my husband.  I had my first child at 36 and my last, his

18    victim, at 39 years old.

19         As a result of my own history and to hopefully

20    keep my kids safe and to have them not experience what I had

21    to experience, I became a stay-at-home mother.  When my kids

22    started school I often helped out in their classes so that I

23    got to know their teachers, the staff, the kids' classmates

24    and their friends.  It now disgusts me and I have so much

25    guilt that when I thought I was doing everything possible to

1    keep my kids safe, I was actually putting both of my girls

2    at risk.

3          It frightens me now that my youngest daughter

4    would now likely face, with her already tough issues that

5    she has to deal with, yet another obstacle and a challenge

6    in her life.

7          Now my husband and I are even more concerned about

8    our daughter's welfare as we have seen an increase in

9    self-harming where we have had to take her to the emergency

10   room for treatment a couple months ago.  Her defiance at

11   home and her lack of interest at school has increased.  This

12   turmoil is causing her to alienate herself even further from

13   us and has caused marital difficulties.

14         My daughter has recently engaged in even more

15   inappropriate online activities, so now we have to be even

16   more hypervigilant on her online usage.  I don't think that

17   she understands what a healthy male relationship actually

18   entails because she is still interested in these types of

19   activities to gain attention.

20         And when we ran this by her therapist, she

21   mentioned that because she is a victim, this activity -- how

22   did she explain that?  She is going to re-offend and she's

23   no longer going to be the victim, but she's going to

24   continue with this activity because of her past experience

25   in this activity.

1              I'm sorry.  I'm upset.

2              In our town there's constant reminders of Brandon

3        Bjerknes.  I learned that my oldest daughter's track team

4        purchased spirit wear through his screen print business even

5        after the charges were filed.

6              I had to contact the high school, my employer,

7        because I thought this was a conflict of interest with my

8        children and others of the district.  I feel that it's

9        inappropriate for the abuser and his supportive wife to

10       profit from the Bemidji area students and their victims and

11       their families.  I still feel a discomfort at school because

12       the high school principal and the activity director and all

13       of the team coaches didn't support us in this decision.

14             Then later to find out that two different parents

15       of my oldest daughter's dance team sold a home, one as the

16       agent, the other as the seller, in my own neighborhood to

17       Brandon Bjerknes and his wife Angela.

18             Brandon Bjerknes's name is on the deed, so I can

19       assume that at some point he will want to return there after

20       his incarceration and the thought of him later occupying

21       that home in the near future sickens me for the families and

22       children of the neighborhood as well as for my own.

23             Now I can no longer walk, ride bikes with my

24       family or my dogs in my own neighborhood comfortably because

25       I don't want to run into that family with whom are in

1    support of him.

2          I have a great deal of discomfort of being part of

3    my oldest daughter's school activities as a parent.  These

4    constant reminders and interactions with coaches and staff

5    and families who still support and defend his family, this

6    is interfering with my relationship with my oldest daughter

7    because it's hard for her to understand my reluctance and

8    she clearly wants me involved in this part of her high

9    school career.  She thinks it's unfair because it's

10   something that her sister did and not her.

11         My youngest daughter no longer has use of a cell

12   phone due to our fear of usage because of what I mentioned

13   earlier.  Now she attends the high school.  Classrooms

14   frequently use Google Classroom and Google Docs

15   applications, so personal devices are encouraged.

16   Unfortunately, she isn't able to use this technology to her

17   advantage.  This created a lot of conflict in our family and

18   her grades have suffered because she is unable to ask for

19   the available, if any, classroom MacBook/Chromebooks to use

20   during class.

21         A lot of the students and the staff at the local

22   schools know that my youngest daughter is a victim as the

23   school did a poor job of keeping some of the victims' names

24   confidential.

25         There are many that seem to think that she is and

1     all the victims are responsible and to blame as they took

2     part in forwarding these sexual images to Brett Larson.

3     This must cause her even more anxiety than she already has

4     at school and it's not fair for her when these judgments are

5     placed on her from people, staff, and other students.

6     Clearly they're unaware of her weaknesses and insecurities

7     and that Brandon Bjerknes cunningly persuaded her and that

8     she never would have engaged in this activity unless

9     relentlessly pursued.

10         He sexually abused my daughter.  Even though there

11    wasn't any touch involved, he came into my home, in my

12    downstairs family room, and he introduced my daughter to

13    things that no 13-year-old should ever be exposed to and he

14    used her in a sexual way for his own perverted sexual

15    gratification.

16         This adult man convinced my daughter to produce

17    sexually-provocative images, view sexually-explicit

18    material, engage in sexually-explicit activities and at her

19    age she wasn't mature enough or mentally prepared enough to

20    understand the risks or the ramifications of what she was

21    involved in.

22         He's a pedophile.  He's interested in sexual

23    encounters with pre-adolescent children rather than adult

24    women.  Each victim in this case was between 12 years old

25    and I believe the oldest was 14 years old.  There's

1    well-documented research that pedophilia is a sexual

2    orientation and that means he can't be rehabilitated and he

3    will most likely re-offend because there's no cure or

4    treatment for this perversion.

5          With Brandon Bjerknes it was not a one-time

6    mistake even though there's only two charges in this case.

7    There were over 55 victims in the course of possibly three

8    years and it might even be more because I just recognized

9    one of the other victims that came to court today and I have

10   known her since elementary school.

11         He spent a great deal of time involving himself in

12   this activity both at home and at school while at work.

13   This behavior may have escalated even further than the

14   charges in this case that we will never, ever know.  I

15   witnessed many middle school girls congregating in his

16   office before and after school and during conferences.

17         A lot of these victims trusted in him and may be

18   too embarrassed to confide that there was any inappropriate

19   touching.  Many of these victims didn't even come forward

20   even though they were asking for victims to come forward in

21   town, but they were also found during the amazing course of

22   the investigation of Beltrami County.

23         In fact, some of this behavior, if they did

24   report, may have been ignored by the school because he was

25   very close friends with the middle school officer and the

1    middle school principal, his boss.

2           So when this news broke on this case this past

3    March, I viewed on a local Bemidji chitchat gossip Facebook

4    page that a concerned parent actually did complain to the

5    middle school when Brandon Bjerknes squeezed his daughter's

6    butt when he helped hoist her up onto the ledge by the

7    buses.  This made the daughter uncomfortable.  She told her

8    father.  But then Drew Hildenbrand, the middle school

9    principal, deemed that it was unfounded and maybe an

10   exaggeration.

11          And then another parent told me after the news

12   broke, I saw her shopping, she said, I was just really -- I

13   just thought he was just odd because when my daughter was in

14   fifth grade he mentioned -- she was a kid that matured fast,

15   she was mature for her age at fifth grade, and she said that

16   he said that she was sexy to the mom.

17          Brandon Bjerknes has not accepted any

18   responsibility for any of his actions.  I've been to every

19   court date since this ordeal began.  Every time Brandon

20   Bjerknes enters court, I look at him in the eye throughout

21   the entire proceedings.  There has not been once any mutual

22   eye contact, no sign of any remorse, just a blank stare

23   either looking at the judge or his attorney.

24          The only time I've seen, I've witnessed that he's

25   ever shed a tear is when there was a mention of a possible

1      sentence or the one time his wife was in federal court.  The

2      one time in federal court he whispered I love you and I'm

3      sorry to her, but I've never seen a whispered I'm sorry to

4      me or any of the other victims that were in court.

5           He doesn't act like he truly cares about the

6      victims or the impact of his actions on their lives.  All he

7      shows is concern for himself in the proceedings that I have

8      attended.

9           And he's a well-educated man.  I'm sure that

10     during his schooling that he learned about predators of this

11     nature and the impact on the young children involved.  He

12     still went against all that he was educated and trained to

13     do and preyed on my daughter and the other 55 victims.

14          He had an intricate scheme setting up a Facebook

15     profile and a Snapchat account and managed to have multiple

16     ongoing conversations and interactions with his multiple

17     victims while at home and at school.

18          He used his position of authority as the middle

19     school principal to identify those he could easily take

20     advantage of.  He went for the easy targets, the troubled

21     girls who were powerless, vulnerable, and easy to persuade.

22     He is a disgusting human being and he needs to be punished.

23          He's also very skilled at planning ways to involve

24     himself with children.  He strategically sought employment

25     with at first the elementary school, worked his way to the

1    middle school so that he can be in contact with the children

2    of the age that he's attracted to.  He used to deejay at the

3    local schools, mainly at the middle school.

4         He owns a screen print business that all the local

5    schools use for spirit wear or for their sporting things,

6    even for the sugar -- even for like benefits type of things.

7    He was also a photographer.  And these are just only the few

8    businesses that I was aware of.

9         I'm also curious if he was going to use his

10   accumulation of sexual pictures that he obtained as a future

11   business venture and sell them to others.  Should he get out

12   in the future, what possible future employment will he seek

13   and what future business endeavors will he do and involve

14   himself and put other young children at risk?

15        I ask that you consider the maximum sentence for

16   all of the charges and to keep our community safe and to

17   allow for our families and the victims to heal.

18             THE COURT:  Thank you, Ms. Large.

19             I would like to ask counsel to approach at this

20   time.

21             MR. WOLD:  Did you ask us to approach?

22             THE COURT:  Yes, please.  And members of the

23   audience, if you would like to take a stretch break, you

24   should feel free to do so.

25        (Sidebar discussion off the record)

1          THE COURT:  At this time we will take a 15-minute

2     recess, so please be prepared to come back into the

3     courtroom at 12:30.

4          (Recess taken at 12:13 p.m.)

5                         *    *    *    *    *

6          (12:31 p.m.)

7                         **IN OPEN COURT**

8          THE COURT:  We are ready to proceed.

9          MS. MUNOZ-KAPHING:  Thank you, Your Honor.  The

10    mother of Minor Number 34 would like to address the Court at

11    this time.

12         THE COURT:  Thank you.

13         MS. McKINNON:  I'm Nicole McKinnon.

14         THE COURT:  Thank you.  You may proceed,

15    Ms. McKinnon.

16         MS. McKINNON:  I am unfortunately the mother of

17    one of the many victims in this case.  My daughter was

18    repeatedly victimized and had her innocence stolen by

19    Mr. Bjerknes, something she can never get back.

20          As a mother, there's not much I can do to fix this

21    for my daughter.  I bring her to counseling, I bring her to

22    church, I talk with her, I do my best to make sure she knows

23    this is not her fault, but I can't buy her a new childhood

24    and I can't erase this disgusting crime from her memory.

25          Mr. Bjerknes, your crimes have impacted every

1    possible area of our lives, from my daughter's education, to

2    my career, to friendships, our finances, our health, and our

3    relationships.

4            Our lives have basically been on hold since all of

5    this came out.  We've been unable to truly breathe or enjoy

6    our lives because what you have done is always in the back

7    of our minds reminding us of our sadness and our anger.

8    It's always there, every day.  Hopefully after this hearing

9    we can begin to put this behind us.

10           Do us all a favor and do not appeal your sentence

11   and your torment of these children and serve the sentence

12   that is given to you today so that these children and their

13   families can begin to heal.

14           Yes, Mr. Bjerknes, I have no doubt you will be

15   spending many, many years behind bars for what you have done

16   to these children.  I have faith that justice will be served

17   here today.  Your life is essentially over, as it should be,

18   but you need to remember that these children and their

19   families will be living with this for the rest of their

20   lives.

21           Every day I have to relive the unbearable sobs

22   that came from my daughter on the day of your arrest.  She

23   was drowning in her emotions that day from pain, guilt,

24   anger, embarrassment, and shame, which eventually turned

25   into a severe depression because her adolescent brain didn't

1      know what to do with everything she was feeling.

2              She trusted you, respected you, and confided in

3      you.  She talked with you about things sometimes before she

4      would even come to me and you have now perverted her idea of

5      what a normal relationship should be like and you also

6      instilled a deeply-rooted mistrust for authority within her.

7      And for what?  Because you're sick?

8              You are an intelligent, college-educated man.  You

9      knew this was evil.  When you first realized you were

10     attracted to little girls, why didn't you seek help?  Why

11     didn't you change careers?  Why did you let it get this far

12     and hurt so many innocent children?  I'm never going to

13     know, but I hope these are questions you ask yourself each

14     day as you wake up in prison.

15             I have attended every hearing since the

16     arraignment and I have heard you speak.  I read your

17     acceptance of responsibility statement and there's no

18     remorse in your words and that's because this was not some

19     awful mistake that was made one night or a temporary lapse

20     in judgment.  This was an elaborate scheme that you

21     concocted to exploit innocent children lasting for at least

22     three years.

23             I believe you're only sorry that you got caught

24     and I thank God that you did get caught.  I thank God for

25     our local law enforcement and the U.S. Attorney's Office,

1   and I thank God that the children in our community are safer

2   with you in prison, including your own children.

3          I don't feel the need to ask for much here today.

4   It's obvious where this man belongs and I trust that justice

5   will be served, but my daughter is not the same.  You've

6   changed her permanently.

7          She lost so many friends and has had such a hard

8   time in school this past year.  For months I had to drop her

9   off at school late and pick her up early so she could avoid

10  the crowded hallways full of insensitive kids.  Everyone

11  knew she was one of your victims.

12         The day of your arrest changed everything for my

13  daughter.  She called me from school so many times wanting

14  to be picked up.  Please, mom, come get me.  I can't stay

15  here.  I wanted her to change schools, but she refused

16  because she so desperately wanted everything to just go back

17  to how it was.

18         One day I got a phone call from another mother.

19  She told me that she had picked my daughter up from school

20  and I needed to come to her house right away.  She wouldn't

21  tell me much over the phone.

22         So I rushed to her house, where I learned my

23  daughter had decided she no longer cared if she lived or

24  died.  She just wanted the pain to end and was thinking of

25  ways to end her life, all because of you and what you did to

1    her.

2         You took what you knew about my daughter, her

3    struggles and her problems, and used them to get what you

4    wanted from her, to curb your disgusting sexual appetite for

5    children.  That's a sickness that in my opinion cannot be

6    fixed.

7         Mr. Bjerknes belongs in prison for a very, very

8    long time.  Please put him there for as long as possible and

9    don't let him victimize any more innocent little girls.

10        Thank you.

11        THE COURT:  Thank you, Ms. McKinnon.

12        MS. MUNOZ-KAPHING:  Your Honor, I'm just looking

13   back to make sure.  I believe there's one more mother that

14   would like to address the Court and she is the mother of two

15   victims in this case, Number 15 and Number 28.

16        THE COURT:  Thank you, Counsel.

17        If you need to adjust the height of the podium,

18   you may.

19        MS. FRENZEL:  I'm okay.  Thank you, Your Honor.

20        THE COURT:  Very well.

21        MS. FRENZEL:  Jenny Frenzel.  I'm going to start

22   with my oldest daughter.  She wrote this statement and has

23   asked me to read this to the Court.

24        I think every single one of my family members has

25   been affected by Brandon Bjerknes.  When I was 12 or 13 he

1    was my sister's fifth grade teacher.  At times I wished he

2    was my own teacher because he seemed pretty great.  He was

3    friendly and he was always there for us when we needed to

4    talk.

5            A year later he moved to the middle school as the

6    assistant principal.  I was pretty excited when he came to

7    the middle school.  Whenever I wanted to get out of class or

8    was having a bad day, I would go see Mr. Bjerknes.  He let

9    me sit in his office and talk to him whenever I needed.

10   Brandon soon became somebody I trusted very much.

11           When I was 13 I got a birthday present from my

12   mom.  It was Facebook.  I was super excited to finally be

13   just like everybody else.  I never posted much because my

14   mom had my password and she checked in on me all the time.

15           When I was in eighth grade I had enough money to

16   buy my own iPod.  I started posting a lot more because I

17   could hide things from my mom.  I would post motivational

18   videos, but mostly about dance.  I loved dance.  I posted

19   yoga, everything.

20           I was first contacted by Brett Larson when I

21   posted one of my motivational videos.  He said a friend sent

22   him the video and he needed someone to talk to.  He told me

23   he thought he was gay and didn't know how to control himself

24   in the locker room in front of the other boys.  He just

25   needed someone to vent to and talk to.  I tried to be there

1    for him and we talked so often that we became close friends.

2            When I got to the high school, ninth grade, I made

3    the varsity dance team.  Dancing soon became one of the

4    biggest parts of my life, a great passion.  That's when I

5    was first sexually approached by Brett Larson.  He would

6    message me and tell me he didn't know if he was actually gay

7    because pictures of her dancing turned him on and he would

8    get hard.  He told me I made him hard and he would

9    masturbate to my dance videos.  He would frequently ask me

10   to send private pictures of myself to him.  It would make

11   him feel really special.

12           I was never too bothered by helping Brett out and

13   giving him advice when he asked for it, but the thought of

14   sending him pictures did make me feel uncomfortable.  I

15   didn't tell my mom because I was afraid she'd take my iPod

16   away.

17           Sometimes Brett asked me to do weird things, like

18   request I'd post certain videos in certain poses or certain

19   pictures.  Brett and I stopped talking shortly after that,

20   if I remember correctly.  He just seemed to disappear when I

21   told him no.

22           I remember very vividly one night my sister and I

23   were arguing with our parents.  My sister -- sorry, I have

24   her name in here and I am going to refer to her as my

25   sister -- shared with her that Brandon gave her his personal

1    cell phone to use whenever she needed to talk or call.  That

2    night we did, we did call him.  He didn't answer, but the

3    very next day in school he gave my sister a free pass to

4    spend the day in his office.

5           When I first found out about Brandon Bjerknes and

6    he was arrested, I was sitting with my mom and her and I

7    were in such disbelief.  This was a guy we had trusted and

8    spent a lot of time with.  There was no way anything like

9    this could have come from him.

10          I remember stuff blowing up all over Facebook.  I

11   remember lots of people defending him because they thought

12   this was some big joke and somebody out to get him.  Then it

13   all started to fall into place.  The name, the fake Facebook

14   profile was released, and I knew right away this was the

15   same guy I used to be friends with.

16          I planned on calling the police, but I got scared

17   and shut down.  I didn't tell anybody.  I didn't tell my

18   mom.  I kind of went into a hole.  I was so embarrassed.  I

19   spent many nights crying wondering why such a great guy that

20   I trusted could do such a terrible thing.

21          I soon began questioning every guy that came into

22   my life.  I switched from boyfriend to boyfriend, not being

23   able to trust any of them.  I started therapy.  I started

24   self-harming.  I just assumed my issue with men stemmed from

25   somewhere else.  Little did I know after my therapy it

1    stemmed from this, a man in my own school took advantage of

2    me and used me.

3          Not long after the call, I was sitting in my

4    living room with friends.  A lady from the police station

5    said she found messages from Brett and wondered if I wanted

6    to make a statement.  Before she could even finish the

7    sentence, I said no and hung up on her.  Tears started

8    streaming down my face.  I got so hot and angry.  I had so

9    many questions.  I wanted to scream.

10         The minute I hung up the phone, I locked myself in

11   the bathroom and cut myself so deep I had to go to the

12   emergency room.  I blamed myself for everything.  All the

13   emotions, all the therapy was my fault.

14         Has this crime affected our family?  You bet it

15   has.  It's put us through hell, put my mom through hell, my

16   sister through hell, everybody.  What Brandon Bjerknes has

17   done to not only me and my sister, but all of his victims is

18   inexcusable.  You have broken all of our trust and hurt an

19   entire community.

20         I continue -- I need to continue therapy.  In

21   fact, I called Monday morning to get back into therapy.  I

22   have had my own battles dealing with this.  I have pushed

23   off even writing this statement until the very last minute.

24   It's been months since you've been arrested, months since

25   the police station has contacted me.  I can't even write a

1    sentence.  I can't imagine what any of the victims are going

2    through.

3            My mom is supposed to protect her children from

4    things like this, right?  I mean, she trusted this guy.

5    Should she have suspected something?  Mr. Bjerknes, you even

6    had the nerve to sit next to us at church on Christmas Eve.

7            How many times did you really jerk off to my dance

8    videos?  We have gone through so much for your own sexual

9    pleasure, it disgusts me.

10           I think Brandon Bjerknes deserves the max.  There

11   was, what, 50-plus victims, if I remember correctly.  That's

12   50 underage girls.  That's 50-plus lives you have affected.

13   That's more kids than in one classroom.  That's half the

14   amount of kids in a pod at the school you were the vice

15   principal of.

16           It's bad enough what you did, not to mention the

17   fact that you took advantage of your job.  You didn't only

18   affect 50 lives.  You affected so many more, every kid you

19   taught, every kid at the middle school, not to mention your

20   co-workers and on a daily basis the parents, the siblings

21   and what could have been future victims, maybe my little

22   sister.

23           I'm so glad he got caught when he did.  I also

24   believe that he should have to take some sort of sexual

25   predator classes and maybe a handwritten apology to every

1      one of his victims.

2              Now, I understand that Ms. Angela here wanted to

3      give each of the victims a number, but for this one I would

4      like to use my daughter's name and her name is Madalynn.  I

5      want Brandon to hear this.

6              It's really hard to put into words the impact this

7      has had on my family over the past years, more specifically

8      the past three years.  To put it into one word, hell.

9              I didn't realize that one of the roots of most of

10     Madalynn's problems landed so close to home.  And after

11     learning about what Brandon did, most of the pieces of the

12     puzzle started coming together.

13             Most of the problems for Madalynn started in sixth

14     grade.  She started becoming depressed, having some behavior

15     problems, and spending a lot of time visiting with the

16     school counselor and with Brandon in his office talking

17     about problems in school with him, from bullying from other

18     kids, problems in classes with teachers, et cetera.  Little

19     did I know while all this was going on Brandon or should I

20     say Brett Larson contacted her via Facebook messenger.

21             This continued through seventh grade and the

22     depression got a little worse.  More bullying from students

23     and struggles with teachers quickly became a weekly battle.

24     Madalynn spent a lot of time with Brandon in his office

25     talking.  Little did Madalynn know that the messages she was

1    getting from Brett were really from the person she was

2    talking and trusting with all of her problems.

3            Let's fast-forward to January 11, 2015, Madalynn's

4    14th birthday.  Guess who is one of the first people who

5    wishes Madalynn a special birthday?  Brett Larson.  He was

6    wanting to wish Madalynn a very happy birthday and wondering

7    if she wanted to get together and exchange pictures of each

8    other in their birthday suits to celebrate.

9            I wonder, Brandon, did you see her in school that

10   day too?  Did you put your arm around her and console her?

11   Did you wish her happy birthday in the halls at the middle

12   school?  What were you thinking when you did that?  It makes

13   me sick.

14           That message must have bothered Madalynn enough

15   because what happens next has changed our lives.

16   January 15, 2015 I go to work just like every other day.  I

17   get a phone call about 2:30 p.m. that my daughter was being

18   transported to the Sanford emergency room and that Beltrami

19   County was taking custody of my daughter.  Someone would

20   contact me the next day with further information.

21           What would be the first thing you would do as a

22   parent?  Freak out?  I did.  No one could even tell me if my

23   daughter was dead or alive.  I left work ASAP and drove like

24   a crazy person to the middle school.  I worked in Red Lake,

25   which was 35 miles away from the middle school.  I finally

1       got through to the emergency room, who happened to tell me

2       by accident that she wasn't there.

3               When I arrived to the middle school there was two

4       police officers, two workers from Beltrami County, and you

5       were there, Brandon, and the school counselor.  Madalynn was

6       hiding in a stairwell telling people she was going to kill

7       herself and that she didn't want to live and she was being

8       abused, but couldn't clarify by who or how.

9               Within the next 24 hours Madalynn was assessed at

10      the Bemidji ER, put on a 72-hour hold, sent to Fargo for

11      about three hours, then sent to Duluth to a residential

12      treatment facility.

13              From that time she left the middle school that day

14      in January, I wasn't allowed to talk to her until March.

15      Six weeks I went without talking to my daughter.  In that

16      time she started self-harming so bad that the cuts on her

17      wrist required stitches.  She told counselors she was

18      sexually abused, but wouldn't give much more information

19      than that.

20              Her sisters and I finally got to see her for

21      Easter in April.  We drove to Duluth.  She begged me to take

22      her home.  She cried when we left.  So did we.  We had

23      Easter without Madalynn that year.

24              How could I -- now, I could honestly take up hours

25      of your time talking about Madalynn's placement over the

1    last three years because each one comes with its own trauma,

2    but I will do my best to sum it up with what I can.

3              Duluth ended up kicking Madalynn out due to her

4    high depression needs.  Beltrami County still had custody

5    and had nowhere to place her.  It came down to the day

6    Duluth said that she had to go and Beltrami County had

7    nowhere to put her.

8              The police showed up at Duluth and put her into

9    handcuffs and she was taken by a cop in the back of a cop

10   car to the juvenile detention center in Grand Rapids.  She

11   was treated as a criminal.  And because of her mental

12   health, they couldn't keep her, but the police dropped her

13   off and told them it was their problem.  She had no personal

14   items, no medications.  No one at Beltrami County even

15   answered their phone.

16             Madalynn called me hysterical in a panic attack

17   begging me to come get her.  She was scared and alone and I

18   could do absolutely nothing.  She had no medications to help

19   with her anxiety, no medications to help her fall asleep,

20   and no one trained to help her with her mental health.

21             For the next two nights she slept on the floor in

22   the middle of the juvenile detention center because they

23   didn't know what to do with her.  Brandon or should I say

24   Brett, I bet even in jail you get a bed.

25             From there she went to a facility in the Cities.

1    She was diagnosed with PTSD and claimed she was sexually

2    abused again by someone she knew, but wouldn't talk about

3    the details.

4          While she was there she was abused by a male

5    staff, who has now lost his job.  He banged a door into her

6    head.  And then she was abused by another resident.  She was

7    choked unconscious and was in the ICU on a ventilator for up

8    to 17 hours.  To this day she still talks about the

9    nightmares of that place.

10         Exciting news, she gets to come home.  Custody was

11   finally given back to me after six months of court, missing

12   work, and fighting the system.  She did great for a while

13   until her depression took over and she had more thoughts of

14   suicide.  She ended up back in treatment.

15         Too many places to list in this short amount of

16   time, but if you want to know the total today, we're at 30,

17   30 placements.  We're probably close to 60 different

18   medications, new treatment plans, every placement giving up

19   on her and wanting her gone.

20         The last -- one of the places she was in in

21   St. Cloud physically abused her so bad the cops were there

22   on a daily basis.  She was unconscious three different times

23   and now the place is even shut down.

24         She has been in foster care twice, places both

25   unable to keep her due to her behaviors and her high mental

1     needs.  Madalynn knows what it takes to not have to stay at

2     the places she doesn't want to be at, but she also knows

3     when it comes right down to it, no one really wants her or

4     maybe can't handle her.

5             For the past few years the message sent to

6     Madalynn was nobody loves me, no one cares, I can't really

7     trust anyone.  Our years of hell and trauma has put Madalynn

8     into a dark place and I'm not really sure I have much faith

9     anymore of her even seeing the light.

10            She has had more suicide attempts than I can

11    count, but the more serious ones were swallowing over 150

12    prescription medications, which resulted in being airlifted

13    to a better hospital in Fargo.  She has swallowed

14    commercial-grade razor blades and has had open stomach

15    surgery to retrieve those items.  She spent 11 days in the

16    hospital recovering from that surgery.  Most recent, this

17    past December she swallowed an X-Acto knife razor blade and

18    while coming out of surgery she stopped breathing and again

19    had to be airlifted to another hospital for care.

20            She is currently under a civil commitment in a

21    state facility dealing with her depression, anxiety, PTSD,

22    self-harming attempts, and suicide attempts.  And to be

23    quite honest with you, she's not doing the best.

24            This is the short of it.  If we had days I could

25    fill you in on more details, but I'm not quite done.  This

1    was just Madalynn.  In addition the 29-plus placements for

2    Madalynn, physical abuse, sexual abuse and harassment, the

3    endless medications we've tried, weekly visits to therapy,

4    weekly visits to psychologists, weekly visits to

5    psychiatrists, trauma on my other children, stress on my

6    marriage, separation of my marriage due to dealing with two

7    kids with severe mental health issues, major loss in

8    education for Madalynn, loss of friends for Madalynn, missed

9    holidays and birthdays, Madalynn unable to work, I quit my

10   job due to multiple appointments and missing too much work,

11   loss of trust, Madalynn not able to attain her driver's

12   license.  That's just to name a few.  She has completely

13   lost out on her teenage years.  She has no will to live and

14   she honestly doesn't care if she dies.

15          When I found out about Brandon being arrested and

16   for what, I was in total shock, as many people were.  I

17   actually concerned for him and I was worried and my first

18   thought was, wow, how could someone accuse this great guy of

19   this severe crime.  Then I found out more details and I was

20   really upset and hurt.

21          How could somebody I know personally who knows my

22   kids and somebody I trust do something like this?  This

23   doesn't happen in my neighborhood.  Here's somebody who was

24   Madalynn's fifth grade teacher, whom he took under his wing,

25   whom I actually believed you cared about.

1           And when she moved on to the middle school, you

2     took the job as the assistant principal.  You looked after

3     her.  I remember many times Madalynn coming home from school

4     telling me she was in your office just to talk, how you

5     would come up and give her a hug in the hallway.

6           She came home excited for your family when you

7     shared with her you and your wife were having a baby.  And

8     when you had the baby, you sought her out and gave her a

9     baby announcement.  She still has it.

10           I remember the times when you called me with

11     concerns about Madalynn, when you shared things with me that

12     she trusted you with but not me.  I feel so violated as a

13     parent.  I trusted you and you took advantage of that trust.

14     You played us both.  You made us believe you were this great

15     person.

16           The Friday before you were arrested I subbed at

17     the middle school.  You came into the classroom I was

18     subbing at and you gave me a high five.  You congratulated

19     me on getting my teaching license and you said it was good

20     to have me in your school.  I laughed with you.  I felt

21     proud to have such a compliment from a principal.

22           When you were walking out of the classroom you

23     walked over to my seventh grade daughter, put your hands on

24     her shoulders and looked back at me and said, If this one

25     here gives you any problems, send her my way.  Now I really

1  wonder what you meant by that.  If you wouldn't have been

2  caught, would she have been next?  Two of my girls wasn't

3  enough?

4       Now that you know some of what Madalynn has been

5  through, let me tell you how has it affected our family.

6  Due to all of Madalynn's mental health, behavioral, and

7  medical needs, including endless appointments, I had to quit

8  my job.  I went back to BSU to school so I had a more

9  flexible schedule to get Madalynn where she needed to be.

10  Not working meant money stress on my family.

11       Madalynn's needs soon took priority in the house

12  and it weighed heavily on my other children and my marriage.

13  Aaron, my husband, and I separated and started marriage

14  counseling.  My younger three girls started therapy in

15  school due to all the stress.  The bills continued to pile

16  up.

17       My older daughter, also one of Brandon's victims,

18  who you heard from, had her own problems and her own battles

19  dealing with personality disorder and in weekly therapy.

20  She bounced from boyfriend to boyfriend and continues today

21  to have struggles to finding a committed relationship.  She

22  has told me that since this happened she doesn't know if she

23  will ever be able to trust another man again.  Not sure if I

24  could either after being told as a 15-year-old that a grown

25  man she knows was jerking off to her in her dance uniform.

1          While some of the things have returned to normal,

2     Madalynn still continues to struggle and we miss her.  We

3     miss the fun, laughing Madalynn that once filled our house

4     with loud silliness and I miss being her mom.  I've missed

5     out on helping her with homework.  I've missed those

6     mother/daughter talks about all the teen stuff that we

7     struggle with.

8          I hate that she hasn't had a date and she hasn't

9     had nights out with friends.  I hate that she's never been

10    late for a curfew because she's never had anywhere to go to

11    to have one.

12         She's missed by her siblings, her parents, her

13    aunts, her uncles, her grandmas and her grandpa and her

14    cousins.  She's missed by one of her best friends, the only

15    one she has left.  She's missed by her church family and her

16    youth group friends.  She's missed by teachers that actually

17    care about her and others who have stuck with her.

18         I only pray that one day she is able to fight the

19    demons that she has locked up deep inside her and realize

20    that life is really worth living.  I hope and pray that she

21    has the courage and the faith to come to terms with the fact

22    that the person she thinks walked on water abused her in a

23    way that will leave permanent scars on her life forever.  I

24    can only pray that she doesn't continue to give you the

25    power that she uses -- or that she defeats you for what you

1     have done not only to her, but to me and my entire family.

2          Brandon, what you have done to us makes me so sad.

3     No child or family should ever have to experience anything

4     like we have because of one person's selfish decisions.  I

5     would be wasting my breath preaching to someone who didn't

6     stop the wrong until you were caught.

7          You're a very sick person, Brandon, and you have

8     betrayed more people than you will ever realize.  Your

9     actions were not just some quick sentence you typed up with

10    your fingers.  Your actions have now resulted in a lifetime

11    of hurt and pain for so many people.

12         I pray for every one of them that they find

13    comfort in all of this, but most of all I pray for my girls,

14    that they are somehow able to find peace after the years of

15    battling a war that you have started.

16         I do believe Brandon needs the maximum sentence.

17    He has had so many victims and the impact on each one of us

18    is indescribable.  Our pain and suffering doesn't end when

19    his time is up in jail.  It goes on forever.

20         I think he should have to sit and think about all

21    of this as long as possible.  He needs to take part in some

22    kind of classes for sexual predators, and I think you should

23    have to write a handwritten apology to each and every one of

24    us.

25         You mentioned, Brandon, you don't deserve to ever

1     be forgiven.  You're wrong.  I forgave you a long time ago.

2     That's the easy part.  Forgiving and moving on, now that's

3     the impossible part.  It doesn't go away just because you

4     are sorry.

5            Thank you, Your Honor.

6            THE COURT:  Thank you.

7            MS. MUNOZ-KAPHING:  Your Honor, I'm not aware of

8     any other victims that would like to address the Court.

9     Thank you.

10           THE COURT:  Thank you.  I will take a brief

11    recess.  I would expect it will be less than five minutes.

12       (Recess taken at 1:01 p.m.)

13                    *    *    *    *    *

14       (1:09 p.m.)

15                      **IN OPEN COURT**

16           THE COURT:  I will ask Mr. Wold and Mr. Bjerknes

17    to please come forward.  I am prepared to pronounce the

18    sentence.

19           Before doing so I want to thank the families that

20    have traveled here to St. Paul for this hearing and I very

21    much want to thank those officials in Bemidji who have made

22    it possible for those who could not travel here today to

23    witness this hearing from their location.  So thank you.

24           I have carefully reviewed the presentence

25    investigation report and the addendum to that report and I

1     am now prepared to impose a sentence.

2              It is the judgment of the Court that you, Brandon

3     Mark Bjerknes, are sentenced to prison for a term of 300

4     months.  This term of 300 months is for each count, Counts 1

5     and 2, and it is to run concurrently.

6              This term also shall run concurrently with the

7     sentences that are imposed in Beltrami County District

8     Court, those are cases CR-17-846 and CR-17-1392, pursuant to

9     United States Sentencing Guidelines Section 5G1.3(c).

10             As to fine, there is no fine that will be imposed.

11             You are, however, ordered to pay restitution and

12    that amount is $8,789.93.  A confidential victim restitution

13    list with addresses will be filed under seal.  This amount

14    is due and payable immediately.  The interest requirements

15    have been waived.

16             Now, while you are incarcerated you must make

17    payments toward your restitution obligation as follows:  If

18    you're working UNICOR, you must make monthly payments of at

19    least 50 percent of your earnings.  If you are not working

20    UNICOR, you must make quarterly payments of at least $25.

21             After you're released from prison you must begin

22    making payments toward any remaining restitution obligation

23    within 30 days of your release.  You must make monthly

24    payments of at least $100.  If the probation officer

25    determines that you are able to pay more than $100 per

1    month, then you must make restitution payments in the amount

2    that's directed by your probation officer.

3          You're ordered to pay a special assessment in the

4    amount of $200 to the United States and that's due

5    immediately pursuant to Title 18, United States Code,

6    Section 3013.

7          In addition, you must pay a special assessment in

8    the amount of $10,000 to the United States pursuant to the

9    Justice for Victims of Trafficking Act, Title 18, United

10   States Code, Section 3014.  This additional special

11   assessment shall not be payable until you have satisfied

12   other court-ordered monetary obligations, including

13   restitution.

14         All of your right, title, and interest in the

15   property identified in the preliminary order for forfeiture

16   and the plea agreement, all of that property will be

17   forfeited.

18         On release from your imprisonment you will be

19   placed on supervised release and that period of supervised

20   release is for a term of life.  This term consists of life

21   on each of Counts 1 and 2 and is to run concurrently.  While

22   on supervised release you must follow and comply with the

23   following conditions:

24         First, you must comply with the mandatory

25   conditions of supervised release which are described in

1   Section 5D1.3(a) of the version of the United States

2   Sentencing Guidelines that took effect on November 1, 2016.

3   These conditions include that:

4           You must not commit any crimes, federal, state, or

5   local.

6           You must cooperate in the collection of a DNA

7   sample as directed by Probation.

8           You must comply with the requirements of the Sex

9   Offender Registration and Notification Act, which is at 42,

10  United States Code, Subchapter 1.

11          You must not unlawfully possess a controlled

12  substance.  You must refrain from any unlawful use of

13  controlled substances.  You must submit to one drug test

14  within 15 days of your release from imprisonment and at

15  least two periodic drug tests thereafter as determined by

16  your probation officer.

17          You also must comply with the standard

18  conditions of supervised release which are set forth in

19  Section 5D1.3(c) of the version of the United States

20  Sentencing Guidelines that took effect on November 1, 2016.

21  These conditions include:

22          That you must report to the nearest United States

23  Probation Office in the federal judicial district where you

24  are authorized to reside within 72 hours of your release

25  from imprisonment unless the probation officer instructs you

 1    otherwise.

 2              You must not possess a firearm, ammunition,

 3    destructive device, or any other dangerous weapon.

 4              I'm also imposing the following special

 5    conditions:

 6              You must abstain from the use of alcohol and other

 7    intoxicants and not frequent establishments whose primary

 8    business is the sale of alcoholic beverages.

 9              You must submit to substance abuse testing as

10    approved and directed by your probation officer.

11              You must submit your person, your residence,

12    office, vehicle, or any area under your control to a search

13    conducted by a United States probation officer or supervised

14    designee at a reasonable time and in a reasonable manner

15    based upon reasonable suspicion of contraband or evidence of

16    a supervision violation.  You shall warn any other residents

17    or third parties that the premises and areas under your

18    control may be subject to searches as a result of this

19    condition.

20              You shall not possess or use a computer or have

21    access to any online service without the approval -- the

22    prior approval of the United States Probation and Pretrial

23    Services Office.

24              If such approval is granted, you shall cooperate

25    with any limitations deemed appropriate by the Probation

1    Office.  Your cooperation shall include, but is not limited

2    to, allowing installation of a computer and Internet

3    monitoring program and/or identifying computer systems,

4    Internet-capable devices, and similar memory and electronic

5    devices to which you have access.  This monitoring may

6    include random examinations of computer systems along with

7    Internet, electronic, and media storage devices under your

8    control and the computer or devices may be removed for a

9    period -- for more examination, thorough examination, if

10   necessary.  You shall contribute to the costs of such

11   monitoring services based on your ability to pay as deemed

12   appropriate by the United States Probation and Pretrial

13   Services Office.

14          You must not possess, view, access, or otherwise

15   use child pornography or any material that is deemed

16   sexually stimulating or sexually oriented or that is deemed

17   to be inappropriate by the United States probation officer

18   in consultation with your treatment provider.

19          You must provide the probation officer access to

20   any requested financial information, including credit

21   reports, credit card bills, bank statements, and telephone

22   bills.

23          You must not associate with persons under the age

24   of 18 except in the presence of a responsible adult who is

25   aware of the nature of your background and this current

1    offense and who has been approved by your probation officer.

2            You must participate in sex offender and/or mental

3    health treatment as approved by the probation officer and

4    you must submit to a risk assessment, which may include, but

5    is not limited to, physiological testing and polygraph/truth

6    verification testing.  Polygraph testing may be used

7    following the completion of primary treatment, as directed

8    by your probation officer, to monitor adherence to the goals

9    and objectives of that treatment.  Sex offender assessments

10   and treatment are to be conducted by a therapist approved in

11   advance by the Probation Office.  You also shall contribute

12   to the costs of such treatment as determined by the

13   Probation Office Co-Payment Program, not to exceed the total

14   cost of the treatment.

15           You must have no contact with any of your victims,

16   including letters, communication devices, audio or visual

17   devices, visits, or any contact through a third party

18   without the prior consent of the probation officer.

19           You shall be prohibited from incurring new credit

20   card charges or new credit charges or opening additional

21   lines of credit without approval of your probation officer.

22           You'll not be employed in any position or

23   participate as a volunteer in any activity that would enable

24   you to have direct or indirect contact with children under

25   the age of 18 unless approved in writing by the probation

1    officer.

2              As you requested, I recommend that you be

3    incarcerated in a facility in or near Minnesota so that you

4    may remain reasonably near your family.

5              Finally, I direct the Probation Office to furnish

6    to you a written statement of all of the conditions of your

7    supervised release.

8              At this time, Mr. Bjerknes and Mr. Wold, you may

9    be seated as I provide the reasons for the sentence that I

10   have imposed.  I have determined what sentence to impose in

11   this manner:

12             I've treated the range recommended by the United

13   States Sentencing Guidelines as the starting point and the

14   initial benchmark, as *Gall vs. The United States* requires.

15   I have not, however, presumed that the guidelines range is

16   reasonable.  I have instead carefully considered all of the

17   factors described in Section 18, United States Code --

18   Title 18, United States Code, Section 3553(a), including the

19   need for the sentence to be sufficient, but not greater than

20   necessary, to comply with the purposes set forth in

21   Section 3553(a)(2).

22             Having considered all of the 3553(a) factors,

23   including the nature and circumstances of the offenses and

24   the history and characteristics of the defendant, I find

25   that the sentence that I have imposed is sufficient, but not

1    greater than necessary, to reflect the seriousness of

2    Mr. Bjerknes's offense and to provide just punishment for

3    that offense, to deter Mr. Bjerknes from committing crimes

4    in the future, to deter others from committing this or

5    similar crimes in the future, to protect the public from

6    Mr. Bjerknes, and to provide Mr. Bjerknes with the needed

7    care, treatment, and training.

8            I further find that the sentence that I've imposed

9    is necessary to avoid unwarranted disparities between

10   Mr. Bjerknes's sentence and the sentences of defendants with

11   similar records who have been found guilty of similar

12   conduct and to provide restitution to the victims of

13   Mr. Bjerknes's offense.

14           In particular, I have sentenced Mr. Bjerknes to

15   300 months in prison, which is a downward variance from the

16   sentencing guidelines range.  The sentence is appropriately

17   tailored to the facts and circumstances here.

18           Mr. Bjerknes, you chose to exploit children.  You

19   are a predator.  These are children who placed their trust

20   in you, whose parents placed their trust in you as an

21   assistant principal and as an authority figure.  These

22   children, whose safety and well-being you were responsible

23   for every day and over whom you held an enormous amount of

24   influence and control, these are your victims.

25           The perceived distance between you and your

1   victims created by technology and the efforts that you took

2   to mask your identity online do not make you any less

3   culpable nor do they reduce the harm that you caused any of

4   your victims to suffer.

5        You obtained and you disseminated pornographic

6   images of children, real children.  Their childhoods have

7   been marred and their injuries were inflicted and in some

8   instances are re-inflicted by the consumption and trade of

9   degrading images of your exploitation of them.  These are

10  injuries that do not heal easily.  Many times the healing

11  takes years, if it occurs at all.

12       Over the course of nearly three years you preyed

13  on and you victimized at least 55 girls and boys.  You knew

14  many of them personally.  In a sense you invaded their

15  homes, their bedrooms, places that were supposed to be their

16  safest and most private spaces, so that you could selfishly

17  satisfy your deviant sexual desires.

18       But for vigilance, the vigilance of parents of

19  your victims, your predatory conduct would have continued.

20  You used trickery to conduct your scheme.  You used a fake

21  identity and you led your victims to believe that you were

22  one of their peers, a friend, an admirer.

23       You are a predatory pedophile.  As one parent has

24  written, you used what you learned about my child from

25  school and repeatedly violated my child when she went home.

1    You followed her there.

2          You exploited your position of power, which gave

3    you access to your victims' private and confidential

4    information, and you used your position of power to target

5    vulnerable children, some with low esteem or mental health

6    conditions, children who are hurt and who are scarred.  And

7    you also used children to help you target and prey upon

8    other children.

9          The evil and egregious nature of your offenses and

10   the scope of the harm you have caused lead me to conclude

11   that a meaningful term of imprisonment is necessary to

12   reflect the seriousness of your offenses, to deter others

13   from committing similar crimes in the future, and to protect

14   the public by keeping you away from those who could be your

15   next victims.

16          You have a minimal criminal history and you've

17   struggled with alcohol abuse.  Although these facts do not

18   minimize the seriousness of your crimes, I am mindful of

19   them in determining the appropriate sentence.

20          I'm also mindful that you have accepted

21   responsibility for your conduct through your words and your

22   actions.  Your guilty plea and your cooperation with the

23   authorities' investigation are examples of that.

24          Your decision to plead guilty has spared your

25   victims and their families from having to endure the stress

1    and trauma of a long and protracted trial in which they

2    might have been called as witnesses and forced to recount

3    and relive their victimization in this public setting.

4         I also know that you have sought treatment in an

5    effort to gain insight and to avoid committing future sex

6    offenses and abuse.

7         These factors certainly do not excuse your conduct

8    in any way, but these factors are important considerations

9    that I've taken into account.

10        Mr. Bjerknes, it is clear from the letters I

11   received that you have a strong, strong network of family

12   and friends.  I hope they continue to stand by you when they

13   know the truth of what you have done.  I encourage you to do

14   your part to maintain ties with people who continue to

15   support you and to focus on your rehabilitation.

16        For all of these reasons, a sentence of 300 months

17   is sufficient, but it is not greater than necessary, to

18   comply with the factors addressed in Title 18, United States

19   Code, Section 3553(a).  It reflects the severity of this

20   offense.

21        In my judgment a sentence that exceeds 300 months

22   is not necessary to protect the public, to promote respect

23   for the law, or to provide just punishment for the offense.

24   Nor in my judgment does this sentence create an unwarranted

25   disparity in sentencing among defendants with similar

1    records who have been found guilty of similar conduct.

2              As to supervised release, I've imposed a life term

3    to properly supervise Mr. Bjerknes and to protect the

4    community.  I've imposed this sentence to properly supervise

5    Mr. Bjerknes.

6              As to a fine, I have not imposed a fine so that

7    Mr. Bjerknes can focus his financial resources on paying the

8    mandatory restitution obligations to the victims of his

9    crime.  Restitution is mandatory for your offense pursuant

10   to Title 18, United States Code, Section 3663A.

11             Mr. Bjerknes, in the plea agreement you agreed

12   that you may be ordered to pay restitution regardless of

13   whether any victim was named in the information.  I've

14   imposed restitution in the amount of $8,789.93 based on the

15   restitution requests that have been received to date and the

16   stipulation you entered in with the government.

17             Under Title 18, United States Code,

18   Section 3664(d)(5), if any victim's losses are not

19   ascertainable ten days prior to sentencing, the Court must

20   set a date for the final determination of the victims'

21   losses.  That date cannot be any later than 90 days after

22   sentencing.

23             Ms. Munoz-Kaphing, are there additional

24   restitution requests expected; and if so, what's the

25   government's position about setting a date for the final

1    determination of victims' losses?

2            MS. MUNOZ-KAPHING:  Thank you, Your Honor.  I do

3    expect additional restitution requests to be submitted by

4    victims in this case and I would request the 90-day period

5    so that we can sort that out and attempt to enter into

6    stipulations with the defendant.

7            THE COURT:  And that will be granted.  The

8    government will have no later than 90 days after today to

9    file a motion to amend the restitution amount, and

10   Mr. Bjerknes will have an opportunity to respond before the

11   Court makes a determination.  If no such motion is filed,

12   the restitution amount that I have imposed today will be the

13   final restitution amount.

14           If any victim discovers additional losses after

15   the restitution amount is final, they have 60 days after

16   discovery of those losses in which to petition the Court for

17   an amended restitution order.  An order may be granted only

18   upon a showing of good cause for the failure to include such

19   losses in the initial claim for restitution.

20           Regarding forfeiture, I have ordered you,

21   Mr. Bjerknes, to forfeit all of your right, title, and

22   interest in the property identified in the preliminary order

23   of forfeiture and the plea agreement.

24           I want to tell you about your appeal rights now,

25   Mr. Bjerknes.  You have the right to appeal your conviction

1    if you believe your guilty plea was unlawful or invalid for

2    any reason.  You also have the right to appeal your sentence

3    if you believe that it is contrary to law.

4              If you wish to appeal your conviction, your

5    sentence, or both, you must file a Notice of Appeal within

6    14 days after the entry of judgment of conviction in this

7    case.

8              If you cannot afford to pay the costs of an

9    appeal, you can ask for permission to be excused from paying

10   those costs.  If you make that request, the Clerk of Court

11   will file a Notice of Appeal on your behalf.

12             The presentence investigation report will be kept

13   in the Court's files under seal.  If an appeal is filed,

14   that report will be delivered to the United States Court of

15   Appeals for the Eighth Circuit.

16             Mr. Bjerknes is currently in custody and the

17   Mandatory Detention Act applies.  Mr. Bjerknes, you are

18   remanded to the custody of the United States Marshal at the

19   conclusion of this hearing.  You should contact the

20   Probation Office about the details of serving your sentence.

21             At this time I will ask counsel if there is

22   anything further that the Court needs to address at this

23   time.

24             MS. MUNOZ-KAPHING:  Nothing from the government,

25   Your Honor.  Thank you.

1          THE COURT:  Thank you.

2          MR. WOLD:  Thank you, Your Honor.  Unless the

3     Court needs to note the credit for the time served to date

4     towards the fulfillment of the sentence you imposed now.

5          THE COURT:  I do recommend that that amount be --

6     that credit for that amount be given, and let me see if my

7     notes will tell me that amount.

8        (The Court and law clerk confer)

9          THE COURT:  I understand that you have made that

10    request and I don't have authority when sentencing a

11    criminal defendant to award credit for time served.  That is

12    the responsibility of the United States Attorney General.

13         MR. WOLD:  Thank you.

14         THE COURT:  You're welcome, Mr. Wold.  Thank you.

15         Now, is there anything further that needs to be

16    addressed at this time?

17         MR. WOLD:  Not from the defendant, Your Honor.

18         THE COURT:  Thank you.

19         MS. MUNOZ-KAPHING:  Nothing from the government,

20    Your Honor.  Thank you.

21         THE COURT:  Thank you.  Good luck to you,

22    Mr. Bjerknes.  We are in recess.

23        (Court adjourned at 1:35 p.m.)

24                    *      *      *

25

1

2

3          I, Lori A. Simpson, certify that the foregoing is a

4      correct transcript from the record of proceedings in the

5      above-entitled matter.

6

7                      Certified by:   *s/ Lori A. Simpson*

8                                      Lori A. Simpson, RMR-CRR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25