# UNITED STATES DISTRICT COURT
# District of Minnesota

United States of America,   Case No. CR 17-234 WMW

    Plaintiff

v.   **JUDGMENT IN A CRIMINAL CASE**

Brandon Mark Bjerknes

    Defendant.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. The motion of the United States for a Final Order of Forfeiture, (Dkt. 58), is **GRANTED**;

2. All right, title and interest in the Property are hereby forfeited to and vested in the United States, pursuant to 18 U.S.C. §§ 2253(a) and 2428; and

3. The Property shall be lawfully disposed of by the United States.

Date: March 9, 2018

    KATE M. FOGARTY, CLERK

    s/M. Giorgini

    By: M. Giorgini
    Deputy Clerk