RECEIVED
BY MAIL

FEB 11 2019

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Page 2

✎AO 243 (Rev. 10/07)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | |
|---|---|---|
| Name (under which you were convicted):<br>Brandon Mark Bjerknes | | Docket or Case No.:<br>0:17-cr-00234-WMW-1 |
| Place of Confinement:<br>FCI-Pekin | | Prisoner No.:<br>21152-041 |
| UNITED STATES OF AMERICA | | Movant (include name under which convicted) |
| | V. | Brandon Mark Bjerknes |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   U.S. District Court/ District of Minnesota

   (b) Criminal docket or case number (if you know): 0:17-cr-00234-WMW-1

2. (a) Date of the judgment of conviction (if you know): 2-8-2018
   (b) Date of sentencing: 2-6-2018

3. Length of sentence: 300 months custody of BOP

4. Nature of crime (all counts): Title 18§2422(b) and 2427
   Coercion and Enticement ' Title 18 § 2251(a) and 2251(e)
   Production of Child Pornography

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐          (2) Guilty ☒          (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
   what did you plead guilty to and what did you plead not guilty to?     N/A

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☐     Judge only ☐

SCANNED
FEB 11 2019
U.S. DISTRICT COURT ST. PAUL

7.   Did you testify at a pretrial hearing, trial, or post-trial hearing?          Yes ☐                    No ☒

8.   Did you appeal from the judgment of conviction?          Yes ☐          No ☒

9.   If you did appeal, answer the following:
     (a)  Name of court:                          N/A _____
     (b)  Docket or case number (if you know): _____
     (c)  Result: _____
     (d)  Date of result (if you know): _____
     (e)  Citation to the case (if you know): _____
     (f)  Grounds raised: _____

     _____

     _____

     _____

     _____

     _____

     _____

     (g)  Did you file a petition for certiorari in the United States Supreme Court?          Yes ☐          No ☒
          If "Yes," answer the following:
          (1) Docket or case number (if you know): _____
          (2) Result: _____

          (3) Date of result (if you know): _____
          (4) Citation to the case (if you know): _____
          (5) Grounds raised: _____

          _____

          _____

          _____

          _____

          _____

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications,
     concerning this judgment of conviction in any court?
          Yes ☐     No ☒

11.  If your answer to Question 10 was "Yes," give the following information:
     (a)  (1) Name of court: _____
          (2) Docket or case number (if you know): _____
          (3) Date of filing (if you know): _____

AO 243 (Rev. 10/07)                                                                                          Page 4

(4)   Nature of the proceeding: _____

(5)   Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐          No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(b)   If you filed any second motion, petition, or application, give the same information:

(1)   Name of court: _____

(2)   Docket of case number (if you know): _____

(3)   Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐          No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(c)   Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:          Yes ☐          No ☐

(2)   Second petition:       Yes ☐          No ☐

(d)   If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

AO 243 (Rev. 10/07)                                                                                          Page 5

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution,
      laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the <u>facts</u>
      supporting each ground.

GROUND ONE:        5th Amendment Violation....See Attached Brief

      (a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
                      (See Attahced brief)

      (b)  **Direct Appeal of Ground One:**

           (1)   If you appealed from the judgment of conviction, did you raise this issue?
                     Yes ☐        No ☒

           (2)   If you did not raise this issue in your direct appeal, explain why:
                      (See Attached Brief)

      (c)  **Post-Conviction Proceedings:**

           (1)   Did you raise this issue in any post-conviction motion, petition, or application?
                     Yes ☐        No ☒

           (2)   If you answer to Question (c)(1) is "Yes," state:
           Type of motion or petition:
           Name and location of the court where the motion or petition was filed:

           Docket or case number (if you know):
           Date of the court's decision:
           Result (attach a copy of the court's opinion or order, if available):


           (3)   Did you receive a hearing on your motion, petition, or application?
                     Yes ☐        No ☐

AO 243 (Rev. 10/07)                                                                                        Page 6

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

**GROUND TWO:**      6th Amendment Violation...(See Attached brief)
_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(See Attahced Brief)
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  Direct Appeal of Ground Two:

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☑

AO 243 (Rev. 10/07)                                                                                                    Page 7

(2)   If you did not raise this issue in your direct appeal, explain why: _____
            (See Attahced Brief) _____
_____

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐       No ☒

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐       No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐       No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐       No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue: _____
_____
_____
_____
_____
_____
_____

AO 243 (Rev. 10/07)                                                                                    Page 8

**GROUND THREE:** _____ 14th Amendment Violation (See attached brief) _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
          (see attahced brief)
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Three:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☐        No ☒

  (2) If you did not raise this issue in your direct appeal, explain why:

          (see attached brief)
_____

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐        No ☒

  (2) If you answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____
_____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

  (3) Did you receive a hearing on your motion, petition, or application?

  Yes ☐        No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?

  Yes ☐        No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

  Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** _____ N/A _____

_____

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

AO 243 (Rev. 10/07)                                                                                                    Page 10

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

        Yes ☑        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

        Yes ☐        No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which
      ground or grounds have not been presented, and state your reasons for not presenting them:
                        (see attached brief)

_____

_____

_____

_____

_____

_____

AO 243 (Rev. 10/07)                                                                                          Page 11

14.   Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment
      you are challenging?          Yes ☐        No ☒
      If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the
      issues raised.   _____

      _____

      _____

      _____

      _____

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the
      you are challenging:
      (a) At the preliminary hearing:     Peter B wold, 247 3rd Ave S., Mpls, MN 55415

      (b) At the arraignment and plea:          same as above

      (c) At the trial:            N/A

      (d) At sentencing:          same as above

      (e) On appeal:              N/A

      (f) In any post-conviction proceeding:      N/A

      (g) On appeal from any ruling against you in a post-conviction proceeding:      N/A

      _____

16.   Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
      and at the same time?          Yes ☒        No ☐

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are
      challenging?          Yes ☐        No ☒
      (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
             concurrent sentence in the state of Minnesota.(See attached brief)

      (b) Give the date the other sentence was imposed:      2-8-2018
      (c) Give the length of the other sentence:          90 Months /Minnesota State Prison
      (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
      sentence to be served in the future?          Yes ☐        No ☒

AO 243 (Rev. 10/07)

18.    TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
        why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from
    the latest of –
        (1)  the date on which the judgment of conviction became final;
        (2)  the date on which the impediment to making a motion created by governmental action in violation of
        the Constitution or laws of the United States is removed, if the movant was prevented from making such a
        motion by such governmental action;
        (3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has
        been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
        review; or
        (4)  the date on which the facts supporting the claim or claims presented could have been discovered
        through the exercise of due diligence.

AO 243 (Rev. 10/07)                                                                                      Page 13

Therefore, movant asks that the Court grant the following relief:    (See attached Brief)

_____

_____

or any other relief to which movant may be entitled.



                                                    _____
                                                    Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on     2-5-2019
                                                                      (month, date, year)



Executed (signed) on ____2-4-2019_____ (date)


                                                    _____
                                                    Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____

_____

_____