Brandon Bjerknes #21152-041
Federal Correctional Institute - Pekin
PO Box 5000
Pekin, IL 61555

LEGAL MAIL

CERTIFIED MAIL
7017 0530 0000 4527 8300

RECEIVED BY MAIL
FEB 11 2019
CLERK U.S. DISTRICT COURT
ST. PAUL, MN

RECEIVED
FEB 05 2019
FCI PEKIN
MAIL ROOM

21152-041
United States District Court
8th District - MN
316 N Robert ST
Suite 100
Saint PAUL, MN 55101-1460
United States

X-RAYED BY USMS

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
For Domestic Use Only
TRACKED INSURED
Label 107R, July 2013

SCANNED CLK
FEB 11 2019
U.S. DISTRICT COURT ST. PAUL

1004
55101

U.S. POSTAGE PAID
PM 2-Day
PEKIN, IL
61554
FEB 05, 19
AMOUNT
$0.00
R2303S101801-55

Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.