RECEIVED
BY MAIL
FEB 11 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

**INDEX**

Index........................................................................................i

Statutory Index........................................................................................ii

Case Law Index........................................................................................iii

Notice of Content/Certificate of Service........................................................................................iv

§2255 Brief........................................................................................1-21

Defendant's Affidavit/Statement of Facts........................................................................................22-23

Subpoena Request........................................................................................24-25

Defendant's Affidavit/Declaration........................................................................................26

Exhibit #1........................................................................................27-38

Exhibit #2........................................................................................39

Exhibit #3........................................................................................40-41

Exhibit #4........................................................................................42-44

Exhibit #5........................................................................................45-47

Exhibit #6........................................................................................48-60

Exhibit #7........................................................................................61-63



**Statutory Index.**

*Federal:*

Title 18§2....................................Pg. 8, 11, 14

Title 18§242..................................Pg. 6, 11, 14, 20

Title 18§922..................................Pg. 10

Title 18§924..................................Pg. 10

Title 18§2113................................Pg. 10

Title 18§2251(a)............................Pg. 1, 2, 4, 20

Title 18§2251(e)............................Pg. 1, 2, 4, 20

Title 18§2252(a)............................Pg. 2

Title 18§2422(b)............................Pg. 1, 2, 4, 20

Title 18§2427................................Pg. 1, 4, 20

Title 18§3509................................Pg. 3, 16

Title 18§3509(m)...........................Pg. 3, 16

*State:*

Minnesota Statute Section 609.352, Subdivision 2a(2)............Pg. 1

**Case Law Index:**

*Stern v. Marshall*, 564 U.S. 462, 483, 131 S. Ct. 2594, 180 L. Ed. 2d 475(2011)..........Pg. 5

*United States v. Goodwin*, 457 U.S. 368, 372, 102 S. Ct. 2485, 73 L. Ed. 2d 74 (198)...Pg. 6

*Bordenkircher v. Hayes*, 434 U.S. 357, 363, 98 S. Ct. 663, 54 L. Ed. 2d 604 (1978).....Pg. 6

*Johnson v. U.S.* 860 F. sup. 2d 663 (3-22-12)..........Pg. 7

*Shannon V. US* 129 LED 2D 459, 512 US 573. ..........Pg. 7

*Stone* 428 US at 442, 96 S. Ct. 3037, 49 L.Ed 2d 1067.......... Pg. 9

*US v Johnson* 457 U.S. 537, 561, 102 S.Ct. 2579, 73 L.Ed 2d 202 (1982)..........Pg. 9

*US v. Gary* 74 F.3d 304, 313..........Pg. 10

*US v. Stokes* 947 F. supp 546,556 (1996)..........Pg. 10

*Bartkus v. Illinois*, 359 U.S. 121, 123 3 L. Ed. 2d 684, 79 S. Ct. 676 (1959)..........Pg. 10-11

*United States v Guzman*, 85 F.3d at 827..........Pg. 11

*US v. Allyene, 570 U.S. 99; 133 S.Ct. 2151, 186 L.Ed. 2d 314.*..........Pg. 11

*US v. Adams* 625 F. 3d 371 (7th Circuit 2010)..........Pg. 12

*US v. Gambino* 59 F.3d 353..........Pg. 13

*US v. Adams* 694 F.2d 200, 202 (9th Circuit 1982)..........Pg. 13

*US v. Hausman*, 894 F.2d 686, 688 (11th Circuit)..........Pg. 13

*US v. Williams* 557 F.3d 943,948 (8th Cir 2009)..........Pg. 14

*Strickland v Washington 466 U.S. 668, 687-688 (1984)*..........Pg. 15,18

*Williams v. United States*, 452 F.3d 1009, 1012 (8th Cir. 2006)..........Pg. 15

*Hood v. United States*, 342 F. #d 861, 863 (8th Cir 2003)..........Pg. 15-16

*Fields v. United States*, 201 F. 3d 1025, 1027 (8th Cir. 2000)..........Pg. 15-16

*Ash*, 413 U.S. at 310, 93 S. Ct. 2568..........Pg. 16

*United States v. Joel Conrad Schmtiz* 18-CV-1628-SRN/16-CR-280-SRN(8th)..........Pg. 17

*U.S. v. Leon* 468 US 897, at 933..........Pg. 18,19,20