State of Michigan            )
                             )  Declaration of
County of Washtenaw          )
                             )  Brandon M. Bjerknes
                             )
                             )
                             )
                             )

RECEIVED BY MAIL
JUL 17 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

## Declaration

I, Brandon Mark Bjerknes, do sweat under penalty of perjury Title 28 § 1746 that the following is true.

- On April 1st, 2020, FCI Milan began a full mandatory quarantine of the inmate population.
- Milan FCI is currently in Phase VII of said quarantine.
- As Exhibit 1 shows, my Unit (B1, B-Side) has full access to Law Materials and the Law Library for one hour, every 8 days.
- That one hour is the only time I have full access to the law library and associated resources.
- The denial of my 2255 Motion was filed on April 27, 2020 but not received until May 26, 2020 (Exhibit 2).

Further Affiant Sayeth Not.

*[signature]*
Brandon Mark Bjerknes

SCANNED
JUL 17 2020
U.S. DISTRICT COURT ST. PAUL