RECEIVED BY MAIL
JUL 17 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

"Modified Recreation Schedule"

July 5-18, 2020

Library/Law Library only open M-TH EACH WEEK.

| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|
| B2 A: 0730-0830<br>B2 B: 0830-0930<br>B1 A: 1330-1430<br>B1 B: 1430-1530 | C Unit: 0800-0900<br>G (A): 0900-1000<br>G (B): 1230-1330 | A (A): 0800-0900<br>A (B): 0900-1000<br>H (A): 1230-1330<br>H (B): 1430-1530<br>Fac. 1830-1930 | F2 A: 0800-0900<br>F2 B: 0900-1000<br>F1 A: 1230-1330<br>F1 B: 1430-1530<br>Unicor: 1830-1930 | B2 A: 0800-0900<br>B2 B: 0900-1000<br>B1 A: 1230-1330<br>B1 B: 1430-1530<br>F/S: 1830-1930 | C Unit: 0800-0900<br>G (A): 0900-1000<br>G (B): 1230-1330<br>Lndry: 1830-1930 | A (A): 0730-0830<br>A (B): 0830-0930<br>H (A): 1330-1430<br>H (B): 1430-1530 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| F2 A: 0730-0830<br>F2 B: 0830-0930<br>F1 A: 1330-1430<br>F1 B: 1430-1530 | B2 A: 0800-0900<br>B2 B: 0900-1000<br>B1 A: 1230-1330<br>B1 B: 1430-1530 | C Unit: 0800-0900<br>G (A): 0900-1000<br>G (B): 1230-1330<br>Fac. 1830-1930 | A (A): 0800-0900<br>A (B): 0900-1000<br>H (A): 1230-1330<br>H (B): 1430-1530<br>Unicor: 1830-1930 | F2 A: 0800-0900<br>F2 B: 0900-1000<br>F1 A: 1230-1330<br>F1 B: 1430-1530<br>F/S: 1830-1930 | B2 A: 0800-0900<br>B2 B: 0900-1000<br>B1 A: 1230-1330<br>B1 B: 1430-1530<br>Lndry: 1830-1930 | C Unit: 0730-0830<br>G (A): 0830-0930<br>G (B): 1330-1430 |

SCANNED
JUL 17 2020
U.S. DISTRICT COURT ST. PAUL

EXHIBIT 1

Brandon Mark Bjerknes
Reg. No. 21152-041
FCI - Milan
P.O. Box 1000
Milan, MI 48160

B05
0060

RECEIVED
BY MAIL

JUL 17 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Delivered
to Unit C
11:00 am
Tuesday, May 26, 2020

LEGAL MAIL
OPEN IN THE PRESENCE
OF THE INMATE

5/27/20
Talked to CO Perron -
When he delivered Legal Mail -
Said they don't stamp in units -
but he has an official copy
- " - of time/time + signature

5-26-20
6:30
Bjerknes
Perron/CO
5-26-20
11:00 am

EXHIBIT 2