# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 23, 2021

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

    Re:  Brandon Mark Bjerknes
           v. United States
           No. 21-5441
           (Your No. 20-2713)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 10, 2021 and placed on the docket August 23, 2021 as No. 21-5441.

                                    Sincerely,

                                    **Scott S. Harris**, Clerk

                                    by

                                    Susan Frimpong
                                    Case Analyst